# EXHIBIT D

**For assistance with TSDR**, email **teas@uspto.gov** and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

| STATUS | DOCUMENTS | MAINTENANCE | | Back to Search | Print |

| | |
|---|---|
| **Generated on:** | This page was generated by TSDR on 2026-01-05 09:15:47 EST |
| **Mark:** | THE NRA FOUNDATION TEACH FREEDOM |

THE NRA FOUNDATION TEACH FREEDOM

| | | | |
|---|---|---|---|
| **US Serial Number:** | 85772384 | **Application Filing Date:** | Nov. 06, 2012 |
| **US Registration Number:** | 4364231 | **Registration Date:** | Jul. 09, 2013 |
| **Register:** | Principal | | |
| **Mark Type:** | Service Mark | | |
| **TM5 Common Status Descriptor:** |  | LIVE/REGISTRATION/Issued and Active  The trademark application has been registered with the Office. | |
| **Status:** | The registration has been renewed. | | |
| **Status Date:** | Jan. 26, 2023 | | |
| **Publication Date:** | Apr. 23, 2013 | | |

## Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | THE NRA FOUNDATION TEACH FREEDOM |
| **Standard Character Claim:** | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| **Mark Drawing Type:** | 4 - STANDARD CHARACTER MARK |
| **Disclaimer:** | "FOUNDATION" |

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| **For:** | Charitable fund raising services | | |
| **International Class(es):** | 036 - Primary Class | **U.S Class(es):** | 100, 101, 102 |
| **Class Status:** | ACTIVE | | |
| **First Use:** | Dec. 31, 2004 | **Use in Commerce:** | Dec. 31, 2004 |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes |
| **Filed ITU:** | No | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

## Current Owner(s) Information

|                  |                                                        |
|------------------|--------------------------------------------------------|
| Owner Name:      | National Rifle Association of America                  |
| Owner Address:   | 11250 Waples Mill Road                                 |
|                  | Fairfax, VIRGINIA UNITED STATES 22030                  |
| Legal Entity Type: | CORPORATION                                          |
| State or Country Where Organized: | NEW YORK                              |

## Attorney/Correspondence Information

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Nov. 04, 2025 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Nov. 04, 2025 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Nov. 04, 2025 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Jan. 26, 2023 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| Jan. 26, 2023 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | |
| Jan. 26, 2023 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | |
| Jan. 26, 2023 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | |
| Jul. 11, 2022 | TEAS SECTION 8 & 9 RECEIVED | |
| Jul. 09, 2022 | COURTESY REMINDER - SEC. 8 (10-YR)/SEC. 9 E-MAILED | |
| Aug. 11, 2019 | NOTICE OF ACCEPTANCE OF SEC. 8 & 15 - E-MAILED | |
| Aug. 11, 2019 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | |
| Aug. 11, 2019 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | |
| Jun. 28, 2019 | TEAS SECTION 8 & 15 RECEIVED | |
| Jul. 09, 2013 | REGISTERED-PRINCIPAL REGISTER | |
| Apr. 23, 2013 | PUBLISHED FOR OPPOSITION | |
| Apr. 03, 2013 | NOTICE OF PUBLICATION | |
| Mar. 20, 2013 | LAW OFFICE PUBLICATION REVIEW COMPLETED | |
| Mar. 18, 2013 | ASSIGNED TO LIE | |
| Mar. 07, 2013 | EXAMINER'S AMENDMENT MAILED | |
| Mar. 05, 2013 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Mar. 05, 2013 | EXAMINER'S AMENDMENT ENTERED | |
| Mar. 05, 2013 | EXAMINERS AMENDMENT -WRITTEN | |
| Mar. 05, 2013 | ASSIGNED TO EXAMINER | |
| Feb. 26, 2013 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Nov. 13, 2012 | NOTICE OF PSEUDO MARK MAILED | |
| Nov. 10, 2012 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Nov. 09, 2012 | NEW APPLICATION ENTERED | |

## TM Staff and Location Information

## Assignment Abstract Of Title Information - Click to Load

## Proceedings - Click to Load



# THE NRA FOUNDATION TEACH FREEDOM

| | |
|---|---|
| **Reg. No. 4,364,231** | NATIONAL RIFLE ASSOCIATION OF AMERICA (NEW YORK CORPORATION) |
| **Registered July 9, 2013** | 11250 WAPLES MILL ROAD<br>FAIRFAX, VA 22030 |
| **Int. Cl.: 36** | FOR: CHARITABLE FUND RAISING SERVICES, IN CLASS 36 (U.S. CLS. 100, 101 AND 102). |
| **SERVICE MARK** | FIRST USE 12-31-2004; IN COMMERCE 12-31-2004. |
| **PRINCIPAL REGISTER** | THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR. |
| | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "FOUNDATION", APART FROM THE MARK AS SHOWN. |
| | SER. NO. 85-772,384, FILED 11-6-2012. |
| | KATHERINE CHANG, EXAMINING ATTORNEY |



Acting Director of the United States Patent and Trademark Office

<div style="border: 1px solid black; padding: 10px;">

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

</div>

**Requirements in the First Ten Years***
**What and When to File:**

    *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  *See* 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

    *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
*See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

    You must file a Declaration of Use (or Excusable Nonuse)  **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

<div style="border: 1px solid black; padding: 10px;">

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

</div>

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  *See* 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:   Fees and requirements for maintaining registrations are subject to change.   Please check the USPTO website for further information.   With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.