AO 440 (Rev. 06/12; DC 3/15)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Columbia

National Rifle Association of America, Inc.

*Plaintiff(s)*

v.

NRA Foundation, Inc.

*Defendant(s)*

Civil Action No. 1:26-cv-00015-SLS

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  NRA Foundation, Inc.
1156 15TH STREET NW, Suite 605
Washington, DC, 20005

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Andrew M. Grossman (D.C. Bar No. 985166)
BAKER & HOSTETLER LLP
1050 Connecticut Avenue, Suite 1100
Washington, D.C. 20036

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: 1/5/2026

/s/ Ma. Ursula Masagca

*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

*National Rifle Association of America, Inc.*
                *Plaintiff*

                                       *vs.*                **Case No: 1:26-cv-00015-SLS**

*NRA Foundation, Inc.*
                *Defendant*

## DECLARATION OF SERVICE

I, Leroy Weaver, a Private Process Server, depose and say:

That I have been duly authorized to make service of the Summons; Civil Cover Sheet; Notice of Right to Consent to Trial Before a United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Certificate Rule LCvR 26.1; and Complaint with Exhibits in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 01/09/2026 at 12:02 PM, I served NRA Foundation, Inc. c/o Corporation Service Company, Registered Agent at 1156 15th Street, NW, Suite 605, Washington, DC 20005 with the Summons; Civil Cover Sheet; Notice of Right to Consent to Trial Before a United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Certificate Rule LCvR 26.1; and Complaint with Exhibits by serving Alex Hannigan, Litigation Manager, authorized to accept service on behalf of Corporation Service Company.

Alex Hannigan is described herein as:

Gender: Female    Ethnicity: Caucasian    Age: 30    Weight: 140    Height: 5'10"    Hair: Brown

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 01/09/2026

*Leroy Weaver*

*Capitol Process Services, Inc.*
*7500 Greenway Center Drive, Suite 420*
*Greenbelt, Maryland 20770*
*(202) 667-0050*

*Client Ref Number:*
*Job #:14939407*