AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| National Rifle Association of America, Inc. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:26-cv-00015 (SLS) |
| The NRA Foundation, Inc., sued as NRA Foundation, Inc. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant, The NRA Foundation, Inc., sued as NRA Foundation, Inc.    .

Date:  1/14/2026

/s/ Mary E. Gately
*Attorney's signature*

Mary E. Gately, D.C. Bar No. 419151
*Printed name and bar number*

500 Eighth Street NW
Washington, DC 20004
*Address*

mary.gately@dlapiper.com
*E-mail address*

(202) 799-4507
*Telephone number*

(202) 799-5507
*FAX number*

Print    Save As...    Reset