IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL RIFLE ASSOCIATION OF AMERICA, INC., <br>     11250 Waples Mill Rd. <br>     Fairfax, VA 22030, <br><br>     *Plaintiff*, <br><br> v. <br><br> THE NRA FOUNDATION, INC., *sued as* NRA FOUNDATION, INC. <br>     11250 Waples Mill Rd. <br>     Fairfax, VA 22030 <br><br>     *Defendant*. | Civil Action No. 1:26-cv-00015 (SLS) |

**UNOPPOSED MOTION TO EXTEND TIME FOR DEFENDANT THE NRA FOUNDATION, INC. TO RESPOND TO PLAINTIFF'S COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6(b)(1), Defendant The NRA Foundation, Inc.[1] (the "Foundation"), through undersigned counsel and unopposed by Plaintiff National Rifle Association of America, Inc. ("NRA"), respectfully requests that this Court extend the deadline for the Foundation to answer, move, or otherwise respond to the NRA's Complaint (ECF 1) through and including Friday, February 13, 2026, and in support of this Consent Motion attaches a proposed order and states as follows:

    1.    The NRA filed its Complaint in this action on January 5, 2026.  ECF 1.

    2.    The Foundation did not receive direct service of the Complaint.  Instead, the NRA effected service on Corporation Service Company, the NRA's own registered agent that it has used for any legal process relating to the NRA and the Foundation.

---

[1]     The Defendant's legal name is "The NRA Foundation, Inc."

1

3. On January 13, 2026, after receiving no notice of service and unsuccessfully attempting to obtain the date of service from NRA's counsel, undersigned counsel reviewed the Court docket and learned that the NRA had purportedly served the Foundation through the NRA's own registered agent on January 9, 2026. Accordingly, the Foundation's deadline to respond to the Complaint is currently January 30, 2026.

4. On January 13, 2026, counsel for the Foundation requested a 45-day extension of its responsive pleading deadline. The next day, on January 14, 2026, NRA's counsel rejected the request and stated, instead, that it would not oppose an extension of fourteen (14) days.

5. Given the complexity of the allegations in the Complaint, and seriousness of the charges, which are false and retaliatory, the Foundation requires additional time to review the Complaint, conduct an appropriate investigation, and prepare a response to the Complaint.

6. Accordingly, the Foundation respectfully requests an extension of fourteen (14) days, through and including February 13, 2026, to answer, move, or otherwise respond to NRA's Complaint.[2]

7. The Foundation seeks this extension in good faith and for good cause, and it is not intended to unnecessarily delay matters.

8. This Motion is the Foundation's first request for an extension of time to respond to the NRA's Complaint. The extension will not prejudice either party.

---

[2] Given the complexity of the case and the unique circumstances in this litigation, the Foundation anticipates that it may subsequently need to file a motion for a further extension to obtain additional time to appropriately investigate the allegations in the Complaint and prepare a response. Consistent with LCvR 7(m), however, the Foundation is currently seeking only the narrow relief (14-day extension) that the NRA has stated it would not oppose.

WHEREFORE, the Foundation respectfully requests that the Court grant this Motion and extend the time for Foundation to answer, move, or otherwise respond to NRA's Complaint through and including Friday, February 13, 2026.

Dated: January 14, 2026

Respectfully submitted,

**DLA PIPER LLP**

 */s/ Mary E. Gately*
Christopher Oprison (D.C. Bar No. 489087)
Mary E. Gately (D.C. Bar No. 419151)
500 Eighth Street NW
Washington, DC 20004
Tel: (202) 799-4507
Fax: (202) 799-5507
chris.oprison@dlapiper.com
mary.gately@dlapiper.com

Meagan D. Self (*pro hac vice* application forthcoming)
1900 N. Pearl Street, Suite 2200
Dallas, Texas 75201
Tel: (214) 743-4556
Fax: (972) 813-6254
meagan.self@dlapiper.com

Marie Bussey-Garza (*pro hac vice* application forthcoming)
1650 Market Street
One Liberty Place, Suite 5000
Philadelphia, PA 19103
Tel: (215) 656-3300
Fax: (215) 656-3301
marie.bussey-garza@dlapiper.com

*Attorneys for Defendant The NRA Foundation, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2026, I caused the foregoing Motion to Extend Time for Defendant to Respond to Plaintiff's Complaint to be electronically filed using the Court's CM/ECF system, which will send notification of such filing to all current counsel of record.

                                                                         */s/ Mary E. Gately*
                                                                          Mary E. Gately