# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL RIFLE ASSOCIATION OF AMERICA, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> THE NRA FOUNDATION, INC., *sued as* NRA FOUNDATION, INC. <br><br> *Defendant*. | Civil Action No. 1:26-cv-00015 (SLS) |

## [PROPOSED] ORDER

Upon consideration of the Unopposed Motion to Extend Time for Defendant The NRA Foundation, Inc. to Respond to Plaintiff's Complaint (the "Motion"), and for good cause shown, it is hereby:

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that the deadline for Defendant The NRA Foundation, Inc. to answer, move, or otherwise respond to Plaintiff's Complaint is hereby extended through and including Friday, February 13, 2026.

**SO ORDERED.**

Dated: _____         **BY THE COURT:**

                                     _____
                                     Judge Sparkle L. Sooknanan
                                     United States District Judge