**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL RIFLE ASSOCIATION OF AMERICA, INC.*,* <br><br>    *Plaintiff*, <br><br>   v. <br><br> THE NRA FOUNDATION, INC., *sued as* NRA FOUNDATION, INC. <br><br>    *Defendant*. | Civil Action No. 1:26-cv-00015 (SLS) |

**DECLARATION OF MEAGAN SELF**

In accordance with LCvR 83.2 (c)(2) and LCvR 44.1 (c)(2), I, Meagan Self, hereby declare as follows:

1.   My full name is Meagan Dyer Self.

2.   I am a Partner at the law firm of DLA Piper LLP (US), at the office located at 1900 North Pearl St., Suite 2200, Dallas, TX 75201. My telephone number is 214-743-4556. My facsimile number is 972-813-6254.

3.   I am a member in good standing of the bar of the State of Texas. My Texas bar membership number is 24078453.

4.   I have also been admitted to practice in the following United States courts:

| Court | Status | Date Admitted |
|---|---|---|
| U.S. District Court for the Eastern District of Texas | Active | July 17, 2012 |
| U.S. District Court of the Northern District of Texas | Active | July 17, 2012 |
| U.S. District Court for the Southern District of Texas | Active | August 30, 2012 |
| U.S. District Court for the Western District of Texas | Active | September 7, 2012 |
| U.S. Court of Appeals – Fifth Circuit | Active | June 13, 2018 |

5.      I have never been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body, and there are no disciplinary proceedings pending against me.

6.      I have not been admitted *pro hac vice* in this Court in the last two years.

7.      My principal office is not located in the District of Columbia. I am not a member of the District of Columbia bar, and I do not have a pending application for admission into the United States District Court for the District of Columbia.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed this 15th day of January, 2026.

Meagan Self