AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| National Rifle Association of America, Inc. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:26-cv-00015 (SLS) |
| The NRA Foundation, Inc., sued as NRA Foundation, Inc. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant, The NRA Foundation, Inc., sued as NRA Foundation, Inc.            .

Date:   1/22/2026

/s/ Meagan D. Self
*Attorney's signature*

Meagan D. Self, Texas Bar No. 24078453
*Printed name and bar number*

1900 N. Pearl Street
Suite 2200
Dallas, Texas 75201
*Address*

meagan.self@us.dlapiper.com
*E-mail address*

214-743-4556
*Telephone number*

972-813-6254
*FAX number*

Print   Save As...   Reset