AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| National Rifle Association of America, Inc. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:26-cv-00015 (SLS) |
| The NRA Foundation, Inc., sued as NRA Foundation, Inc. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant, The NRA Foundation, Inc., sued as NRA Foundation, Inc.

Date: 1/22/2026

/s/ Christopher G. Oprison
*Attorney's signature*

Christopher G. Oprison, D.C. Bar No. 489087
*Printed name and bar number*

200 South Biscayne Boulevard
Suite 2500
Miami, FL 33131
*Address*

chris.oprison@dlapiper.com
*E-mail address*

305.423.8522
*Telephone number*

305.657.6366
*FAX number*