AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| National Rifle Association of America, Inc. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:26-cv-00015(SLS) |
| The NRA Foundation, Inc., sued as NRA Foundation, Ir | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant, The NRA Foundation, Inc., sued as NRA Foundation, Inc.                                        .

Date:     02/03/2026

/s/ Marie Bussey-Garza
*Attorney's signature*

Marie Bussey-Garza - PA Bar #324584
*Printed name and bar number*
1650 Market Street, Suite 5000
Philadelphia, PA 19103

*Address*

marie.bussey-garza@us.dlapiper.com
*E-mail address*

(215) 656-3315
*Telephone number*

(215) 501-5815
*FAX number*

Print     Save As...     Reset