# EXHIBIT 1

# ARTICLES OF INCORPORATION
# OF
# THE NRA FOUNDATION, INC.

To:  The Department of Consumer and Regulatory Affairs
Washington, D.C.

The undersigned incorporators, each being more than eighteen years of age, do hereby form a non-stock, nonprofit corporation pursuant to the District of Columbia Nonprofit Corporation Act.

FIRST: The name of the corporation shall be The NRA Foundation, Inc. (the "Foundation").

SECOND: The duration of the Foundation shall be perpetual.

THIRD: The Foundation is organized and is to be operated exclusively to carry out the following charitable, educational and scientific purposes:

(a)  To promote, advance and encourage firearms and hunting safety;

(b)  To educate individuals, including the youth of the United States, with respect to firearms and firearms history and hunting safety and marksmanship, as well as with respect to other subjects that are of importance to the well-being of the general public;

(c)  To conduct research in furtherance of improved firearms safety and marksmanship facilities and techniques;

(d)  To support the activities of the National Rifle Association of America ("NRA"), but only to the extent that such activities are in furtherance of charitable, educational and scientific purposes within the meaning of section 501(c)(3) of the Internal Revenue Code of 1986, as amended ("Code"), or any similar provision subsequently enacted;

FILED
AUG - 3 1990
BY: [signature]

(e) To exercise all rights and powers conferred by the laws of the District of Columbia upon nonprofit corporations, including but without limitation thereon, to solicit and receive gifts, devises, bequests and contributions, in any form, and to use, apply, invest, and reinvest the principal and/or income therefrom or distribute the same for the above purposes; and

(f) To engage in any other activity that is incidental to, connected with or in advancement of the foregoing purposes and that is within the definition of charitable, educational and scientific for purposes of Section 501(c)(3) of the Code.

FOURTH: The Foundation is not organized for profit; it shall have no capital stock and shall not be authorized to issue capital stock.

FIFTH: It is intended that this Foundation shall have the status of a corporation that is exempt from federal income taxation under Section 501(a) of the Code as an organization described in Section 501(c)(3) of the Code, and which is other than a private foundation by reason of being described in Section 509(a) of the Code. These Articles shall be construed accordingly, and all powers and activities of the Foundation shall be limited accordingly. The Foundation shall not carry on propaganda or otherwise attempt to influence legislation to such extent as would result in loss of its exemption from federal income tax under Section 501(a) of the Code as an organization described in section 501(c)(3) of the Code, nor shall any activity of the Foundation consist of participating in or intervening in (including the publishing or distributing of statements) any political campaign on behalf of or in opposition to any candidate for public office.

SIXTH: No part of the net earnings of the Foundation shall inure to the benefit of or be distributable to the Foundation's Directors ("Trustees") or Officers or to private individuals, but the Foundation shall be authorized and empowered to pay reasonable compensation for services rendered and to make reasonable payments in

-2-

reimbursement of reasonable expenses incurred in furtherance of the purposes set forth in Article THIRD hereof.

SEVENTH: Upon the dissolution of the Foundation, the Board of Directors ("Trustees"), after paying or making provisions for the payment of all of the liabilities of the Foundation, shall distribute all of the assets of the Foundation exclusively for charitable, educational or scientific purposes to an organization or organizations with purposes substantially the same as those described in Article THIRD hereof, which are organizations described in Section 501(c)(3) of the Code and which are other than private foundations. Any of such assets not so distributed shall be distributed by a court of competent jurisdiction, exclusively for the aforesaid purposes of the Foundation or to such organization or organizations that are described in Section 501(c)(3) of the Code and that are other than private foundations as said court shall determine.

EIGHTH: The Foundation shall not have a separate membership as such. For the purposes of any statute or rule of law relating to corporations, the Directors ("Trustees") shall be taken to be the members of the Foundation. The Bylaws of the Foundation shall set forth the respective rights and method of selection of Directors ("Trustees") and such other provisions as shall pertain to and control the Board of Directors ("Trustees").

NINTH: The post office address of the registered office of the Foundation in the District of Columbia is 1600 Rhode Island Avenue, N.W., Washington, D.C. 20036. The name of the Registered Agent of the Foundation at such address is William B. Binswanger. Such registered office and Registered Agent may be changed from time to time by the Board of Directors ("Trustees") of the Foundation.

TENTH: The initial number of Directors ("Trustees") of the Foundation shall be seven (7). The number of Directors ("Trustees") may be increased or decreased but may not be fewer than seven (7) or more than nine (9). The names and addresses of

the persons who are to serve as the initial Directors ("Trustees") until the first annual meeting or until their successors are elected and qualified are as follows:

| | |
|---|---|
| Dr. James W. Carlson | Box 191<br>Crofton, NE 68730* |
| Mr. Joe Foss | P.O. Box 566<br>Scottsdale, AZ 85252* |
| Mr. Luke Meatte | Anheuser-Busch Companies, Inc.<br>One Busch Place<br>St. Louis, MO 63118-1852 |
| Mr. Joseph A. Nava | 469 NRA Lane<br>Fairbanks, AK 99709 |
| James W. Porter, II | 1001 City Federal Building<br>Birmingham, AL 35203 |
| Mr. James E. Reinke | Running Fox Ranch<br>P.O. Box 307<br>Las Vegas, NM 87701* |
| Mr. J. Warren Cassidy | 1600 Rhode Island Avenue, NW<br>Washington, DC 20036 |

* No street address available.

-4-

ELEVENTH: The names and addresses of the incorporators are as follows:

| | |
|---|---|
| Stephen N. Shulman | 1333 New Hampshire Avenue, N.W., Suite 700<br>Washington, D.C. 20036 |
| Robert A. Rudnick | 1333 New Hampshire Avenue, N.W., Suite 700<br>Washington, D.C. 20036 |
| Jana S. DeSirgh | 1333 New Hampshire Avenue, N.W., Suite 700<br>Washington, D.C. 20036 |

TWELFTH: The Foundation may by its Bylaws make any other provisions or requirements for the arrangement or conduct of the business of the Foundation, provided the same shall not be inconsistent with these Articles of Incorporation or contrary to the laws of the District of Columbia or the United States.

THIRTEENTH: The affirmative vote of a majority of the Board of Directors ("Trustees") then serving shall be required to adopt or approve the following actions:

(a) Liquidation or dissolution of the Foundation, including distribution of assets as authorized in Article SEVENTH;

(b) Merger, consolidation or transfer of substantially all the assets of the Foundation; and

(c) Repeal, modification, amendment, in whole or in part, or addition to the Articles of Incorporation or Bylaws of the Foundation or the adoption of new Articles of Incorporation or Bylaws for the Foundation.

IN WITNESS WHEREOF, we have hereunto subscribed our names to these Articles of Incorporation on this 11 day of July, 1990.

_____
Stephen N. Shulman

_____
Robert A. Rudnick

_____
Jana S. DeSirgh

-6-

Case 1:26-cv-00015-SLS    Document 17-2    Filed 02/13/26    Page 7 of 11

DISTRICT OF COLUMBIA) ss:

I *Mary M. Glenn*, a Notary Public, hereby certify that on the 11th day of *July*, 1990, personally appeared before me Stephen N. Shulman, who signed the foregoing document as incorporator, and that the statements therein contained are true.

*Mary M. Glenn*
Notary Public
My Commission Expires: 1/1/91

[SEAL]

DISTRICT OF COLUMBIA) ss:

I, *Mary M. Glenn*, a Notary Public, hereby certify that on the 11th day of July, 1990, personally appeared before me Robert A. Rudnick, who signed the foregoing document as incorporator, and that the statements therein contained are true.

*Mary M. Glenn*
Notary Public
My Commission Expires: 1/1/91

[SEAL]

DISTRICT OF COLUMBIA) ss:

I, *Pamela B. Presbury*, a Notary Public, hereby certify that on the 11th day of July, 1990, personally appeared before me Jana S. DeSirgh, who signed the foregoing document as incorporator, and that the statements therein contained are true.

*Pamela B. Presbury*
Notary Public
My Commission Expires: 8/14/94

[SEAL]



# NATIONAL RIFLE ASSOCIATION OF AMERICA
INCORPORATED 1871

1600 RHODE ISLAND AVENUE, N.W.
WASHINGTON, D.C. 20036

OFFICE OF THE
SECRETARY

August 1, 1990

Department of Consumer and
　Regulatory Affairs
Business Regulation Administration
Corporations Division
P.O. Box 37200
Washington, D.C.  20013-7200

RE:  The NRA Foundation, Inc.

Dear Sir or Madam:

　　You are hereby notified that the National Rifle Association of America ("NRA") consents to the use of "NRA" in the name of The NRA Foundation, Inc., which is a subsidiary of the NRA.

　　　　　　　　　　　　　　　　Sincerely yours,

　　　　　　　　　　　　　　　　*Warren L. Cheek*
　　　　　　　　　　　　　　　　Warren L. Cheek
　　　　　　　　　　　　　　　　NRA Secretary

DISTRICT OF COLUMBIA) ss:

　　I, __Denise Dean__, a Notary Public, hereby certify that on the __First__ day of __August__, 1990, personally appeared before me __Warren L. Cheek__, who signed the foregoing document as __NRA Secretary__, and that the statements therein contained are true.

　　　　　　　　　　　　　　　　*Denise Dean*
　　　　　　　　　　　　　　　　Notary Public

FILED
AUG - 3 1990

My Commission Expires: July 14, 1994

BY: _____