# EXHIBIT 2

| Form **1023** (Rev. December 1989) Department of the Treasury Internal Revenue Service | **Application for Recognition of Exemption Under Section 501(c)(3) of the Internal Revenue Code** | OMB No. 1545-0056 If exempt status is approved, this application will be open for public inspection. |

Read the Instructions for each Part carefully.
**A User Fee must be attached to this application.**

If the required information and appropriate documents are not submitted along with Form 8718 (with payment of the appropriate user fee), the application may be returned to you.

**Part I    Identification of Applicant**

**1a** Full name of organization (as shown in organizing document)

The NRA Foundation, Inc.

**1b** c/o Name (if applicable)

N/A

**1c** Address (number and street)

1600 Rhode Island Avenue, NW

**1d** City or town, state, and ZIP code

Washington, DC 20036

**2** Employer identification number (If none, see instructions.)

Applied for

**3** Name and telephone number of person to be contacted if additional information is needed

William B. Binswanger

( 202 ) 828-6000

**4** Month the annual accounting period ends

December

**5** Date incorporated or formed
August 3, 1990

**6** Activity codes (See instructions.)
124    349    602

**7** Check here if applying under section:
a ☐ 501(e)    b ☐ 501(f)    c ☐ 501(k)

**8** Did the organization previously apply for recognition of exemption under this Code section or under any other section of the Code?
If "Yes," attach an explanation.    ☐ Yes    ☒ No

**9** Has the organization filed Federal income tax returns or exempt organization information returns?
If "Yes," state the form number(s), years filed, and Internal Revenue office where filed.    ☐ Yes    ☒ No

RECEIVED

DEC 12 1990

**10** Check the box for your type of organization. BE SURE TO ATTACH A COMPLETE COPY OF THE CORRESPONDING DOCUMENTS TO THE APPLICATION BEFORE MAILING.

**a** ☒ Corporation— Attach a copy of your Articles of Incorporation, (including amendments and restatements) showing approval by the appropriate state official; also include a copy of your bylaws.    Articles of Inc.-Exhibit A
Bylaws - Exhibit B

**b** ☐ Trust— Attach a copy of your Trust Indenture or Agreement, including all appropriate signatures and dates.

**c** ☐ Association— Attach a copy of your Articles of Association, Constitution, or other creating document, with a declaration (see instructions) or other evidence the organization was formed by adoption of the document by more than one person; also include a copy of your bylaws.

If you are a corporation or an unincorporated association that has not yet adopted bylaws, check here . . . . . . . ▶ ☐

I declare under the penalties of perjury that I am authorized to sign this application on behalf of the above organization and that I have examined this application, including the accompanying schedules and attachments, and to the best of my knowledge it is true, correct, and complete.

Please
Sign
Here ▶ _James W. Carlson_ (Signature) ............... President ............... 11-30-90
(Title or authority of signer)    (Date)

For Paperwork Reduction Act Notice, see page 1 of the Instructions.

**Complete the Procedural Checklist (page 7 of the instructions) prior to filing.**

Case 1:20-cv-00015-SLS    Document 17-3    Filed 02/13/25    Page 3 of 44

Form 1023 (Rev. 12-89)                                                                    Page 2

**Part II    Activities and Operational Information**

1   Provide a detailed narrative description of all the activities of the organization—past, present, and planned. Do not merely refer to or repeat the language in your organizational document. Describe each activity separately in the order of importance. Each description should include, as a minimum, the following: (a) a detailed description of the activity including its purpose; (b) when the activity was or will be initiated; and (c) where and by whom the activity will be conducted.

See Exhibit C.

2   What are or will be the organization's sources of financial support? List in order of size.   The NRA Foundation, Inc. (the "Foundation") anticipates that its sources of financial support, in order of size, will be:  (1) contributions from individuals, (2) contributions from corporations and (3) miscellaneous investment income.

3   Describe the organization's fundraising program, both actual and planned, and explain to what extent it has been put into effect. (Include details of fundraising activities such as selective mailings, formation of fundraising committees, use of volunteers or professional fundraisers, etc.) Attach representative copies of solicitations for financial support.   No substantial fund-raising program has been developed in detail and no solicitation material has been prepared as yet.  It is anticipated that contributions, donations and grants will be sought on individual bases from members of the general public.  It is also anticipated that the Foundation will engage in selective mailings to encourage the support of those entities and individuals from whom it expects to receive support.  It is not expected that professional fund-raisers will be hired.

Form 1023 (Rev 12-89)

## Part II  Activities and Operational Information (Continued)

Page 3

4  Give the following information about the organization's governing body:

a  Names, addresses, and titles of officers, directors, trustees, etc.

See Exhibit D.

b Annual Compensation

See Exhibit D.

c  Do any of the above persons serve as members of the governing body by reason of being public officials or being appointed by public officials? . . . . . . . . . . . . . . . . . . . . . . . . . .  ☐ Yes  ☒ No
If "Yes," name those persons and explain the basis of their selection or appointment.

d  Are any members of the organization's governing body "disqualified persons" with respect to the organization (other than by reason of being a member of the governing body) or do any of the members have either a business or family relationship with "disqualified persons"? (See the Specific Instructions for line 4d.) . . . .  ☐ Yes  ☒ No
If "Yes," explain.

5  Does the organization control or is it controlled by any other organization? . . . . . . . . . . . . .  ☒ Yes  ☐ No
Is the organization the outgrowth of (or successor to) another organization, or does it have a special relationship to another organization by reason of interlocking directorates or other factors?
If either of these questions is answered "Yes," explain. . . . . . . . . . . . . . . . .  ☒ Yes  ☐ No  The Foundation has been organized by the National Rifle Association of America ("NRA") to engage exclusively in charitable, scientific and educational purposes.  See Exhibit C.  The Trustees of the Foundation (other than the ex officio Trustees) are elected by the Board of Directors of the NRA and the majority of the members of the Board of Trustees of the Foundation must be Directors of the NRA.  The Executive Vice President of the NRA serves ex officio as a Trustee of the Foundation.  See Exhibit B (Bylaws), Article III, Section 1.

6  Does or will the organization directly or indirectly engage in any of the following transactions with any political organization or other exempt organization (other than 501(c)(3) organizations): (a) grants; (b) purchases or sales of assets; (c) rental of facilities or equipment; (d) loans or loan guarantees; (e) reimbursement arrangements; (f) performance of services, membership, or fundraising solicitations; or (g) sharing of facilities, equipment, mailing lists or other assets, or paid employees? . . . . . . . . . . . . . . . . .  ☒ Yes  ☐ No
If "Yes," explain fully and identify the other organization(s) involved.
It is anticipated that the NRA will provide the use of certain property, including office space, equipment and office supplies, to the Foundation without charge.

7  Is the organization financially accountable to any other organization? . . . . . . . . . . . . . . .  ☒ Yes  ☐ No
If "Yes," explain and identify the other organization. Include details concerning accountability or attach copies of reports if any have been submitted.
See Exhibit B (Bylaws), Article V, which provides that the directors and officers of the NRA will review the books and records of the Foundation.

Form 1023 (Rev. 12-89)

## Part II    Activities and Operational Information (Continued)

**8**   What assets does the organization have that are used in the performance of its exempt function? (Do not include property producing investment income.) If any assets are not fully operational, explain their status, what additional steps remain to be completed, and when such final steps will be taken. If "None," indicate "N/A." The Foundation does not have any assets at present.

**9a**  Will any of the organization's facilities or operations be managed by another organization or individual under a contractual agreement? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . □ Yes ☒ No

**b**   Is the organization a party to any leases? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . □ Yes ☒ No
   If either of these questions is answered "Yes," attach a copy of each such contract and explain the relationship between the applicant and each of the other parties.

**10**  Is the organization a membership organization? . . . . . . . . . . . . . . . . . . . . . . . . . . □ Yes ☒ No
   If "Yes," complete the following:
   **a**  Describe the organization's membership requirements and attach a schedule of membership fees and dues.

   **b**  Describe your present and proposed efforts to attract members and attach a copy of any descriptive literature or promotional material used for this purpose.

   **c**  What benefits do (or will) your members receive in exchange for their payment of dues?

**11a** If the organization provides benefits, services or products, are the recipients required, or will they be required, to pay for them? . . . . . . . . . . . . . . . . . . . . . . . . . □ N/A □ Yes ☒ No
   If "Yes," explain; show how the charges are determined; and attach a copy of your current fee schedule.

   **b**  Does or will the organization limit its benefits, services or products to specific individuals or classes of individuals? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . □ N/A □ Yes ☒ No
   If "Yes," explain how the recipients or beneficiaries are or will be selected.

**12**  Does or will the organization attempt to influence legislation? . . . . . . . . . . . . . . . . . □ Yes ☒ No
   If "Yes," explain. Also, give an estimate of the percentage of the organization's time and funds which it devotes or plans to devote to this activity.

**13**  Does or will the organization intervene in any way in political campaigns, including the publication or distribution of statements? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . □ Yes ☒ No
   If "Yes," explain fully.

Form 1023 (Rev 12-89)

**Part III    Technical Requirements**

1  Are you filing Form 1023 within 15 months from the end of the month in which you were created or formed?  ☒ Yes  ☐ No
   If you answer "Yes," do not answer questions 2 through 6.

2  If one of the exceptions to the 15-month filing requirement shown below applies, check the appropriate box and proceed to    N/A
   question 7.
   **Exceptions**—You are not required to file an exemption application within 15 months if the organization:

   ☐  (a) Is a church, interchurch organization, local unit of a church, a convention or association of churches, or an integrated
       auxiliary of a church;

   ☐  (b) Is not a private foundation and normally has gross receipts of not more than $5,000 in each tax year; or,

   ☐  (c) Is a subordinate organization covered by a group exemption letter, but only if the parent or supervisory organization timely
       submitted a notice covering the subordinate.
                                                                                                                    N/A
3  If you do not meet any of the exceptions in question 2, do you wish to request relief from the 15-month filing
   requirement?  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes  ☐ No

4  If you answer "Yes" to question 3, please give your reasons for not filing this application within 15 months from the end of the month
   in which your organization was created or formed.    N/A

5  If you answer "No" to both questions 1 and 3 and do not meet any of the exceptions in question 2, your      N/A
   qualification as a section 501(c)(3) organization can be recognized only from the date this application is filed
   with your key District Director. Therefore, do you want us to consider your application as a request for
   recognition of exemption as a section 501(c)(3) organization from the date the application is received and  . . ☐ Yes  ☐ No
   not retroactively to the date you were formed?  . . . . . . . . . . . . . . . . . . . . .

6  If you answer "Yes" to question 5 above and wish to request recognition of section 501(c)(4) status for the period beginning with the
   date you were formed and ending with the date your Form 1023 application was received (the effective date of your section    N/A
   501(c)(3) status), check here ► ☐ and attach a completed page 1 of Form 1024 to this application.

Form 1023 (Rev. 12-89)

## Part III  Technical Requirements (Continued)

**7**  Is the organization a private foundation?
- ☐ **Yes**  (Answer question 8.)
- ☒ **No**  (Answer question 9 and proceed as instructed.)

**8**  If you answer "Yes" to question 7, do you claim to be a private operating foundation?  **N/A**
- ☐ **Yes**  (Complete Schedule E)
- ☐ **No**

After answering this question, go to Part IV.

**9**  If you answer "No" to question 7, indicate the public charity classification you are requesting by checking the box below that most appropriately applies:

**THE ORGANIZATION IS NOT A PRIVATE FOUNDATION BECAUSE IT QUALIFIES:**

| | | |
|---|---|---|
| **(a)** ☐ | As a church or a convention or association of churches (MUST COMPLETE SCHEDULE A.) | Sections 509(a)(1) and 170(b)(1)(A)(i) |
| **(b)** ☐ | As a school (MUST COMPLETE SCHEDULE B). | Sections 509(a)(1) and 170(b)(1)(A)(ii) |
| **(c)** ☐ | As a hospital or a cooperative hospital service organization, or a medical research organization operated in conjunction with a hospital (MUST COMPLETE SCHEDULE C). | Sections 509(a)(1) and 170(b)(1)(A)(iii) |
| **(d)** ☐ | As a governmental unit described in section 170(c)(1). | Sections 509(a)(1) and 170(b)(1)(A)(v) |
| **(e)** ☐ | As being operated solely for the benefit of, or in connection with, one or more of the organizations described in (a) through (d), (g), (h), or (i) (MUST COMPLETE SCHEDULE D). | Section 509(a)(3) |
| **(f)** ☐ | As being organized and operated exclusively for testing for public safety. | Section 509(a)(4) |
| **(g)** ☐ | As being operated for the benefit of a college or university that is owned or operated by a governmental unit. | Sections 509(a)(1) and 170(b)(1)(A)(iv) |
| **(h)** ☒ | As receiving a substantial part of its support in the form of contributions from publicly supported organizations, from a governmental unit, or from the general public. | Sections 509(a)(1) and 170(b)(1)(A)(vi) |
| **(i)** ☐ | As normally receiving not more than one-third of its support from gross investment income and more than one-third of its support from contributions, membership fees, and gross receipts from activities related to its exempt functions (subject to certain exceptions). | Section 509(a)(2) |
| **(j)** ☐ | We are a publicly supported organization but are not sure whether we meet the public support test of block (h) or block (i). We would like the Internal Revenue Service to decide the proper classification. | Sections 509(a)(1) and 170(b)(1)(A)(vi) or Section 509(a)(2) |

If you checked one of the boxes (a) through (f) in question 9, go to question 14.
If you checked box (g) in question 9, go to questions 11 and 12.
If you checked box (h), (i), or (j), go to question 10.

Form 1023 (Rev. 12-89)

**Part III  Technical Requirements** *(Continued)*

**10** If you checked box (h), (i), or (j) in question 9, have you completed a tax year of at least 8 months?

☒☒ No—You must request an advance ruling by completing and signing 2 Forms 872-C and attaching them to your application.

☐ Yes—Indicate whether you are requesting:

☐ A definitive ruling  (Answer question 11 through and including question 14.)

☐ An advance ruling  (Answer questions 11 and 14 and attach 2 Forms 872-C completed and signed.)

**11** If the organization received any unusual grants during any of the tax years shown in Part IV-A, attach a list for each year showing the name of the contributor; the date and the amount of the grant; and a brief description of the nature of each such grant.

N/A

**12** If you are requesting a definitive ruling under section 170(b)(1)(A)(iv) or (vi), check here ▶ ☐ and:   N/A

**a** Enter 2% of line 8, column (e) of Part IV-A _____

**b** Attach a list showing the name and amount contributed by each person (other than a governmental unit or "publicly supported" organization) whose total gifts, grants, contributions, etc., were more than the amount you entered on line 12a above.

**13** If you are requesting a definitive ruling under section 509(a)(2), check here ▶ ☐ and:

**a** For each of the years included on lines 1, 2, and 9 of Part IV-A, attach a list showing the name of and amount received from each person who is a "disqualified person."

**b** For each of the years included on line 9 of Part IV-A, attach a list showing the name of and amount received from each payer (other than a "disqualified person") whose payments to the organization were more than $5,000. For this purpose, "payer" includes, but is not limited to, any organization described in sections 170(b)(1)(A)(i) through (vi) and any governmental agency or bureau.

**14** Indicate if your organization is one of the following, and if so, complete the required schedule. (Submit only those schedules, if any, that apply to your organization. Do not submit blank schedules.)

| | Yes | No | If "Yes," complete schedule: |
|---|---|---|---|
| Is the organization a church? . . . . . . . . . . . . . . . . . | | X | A |
| Is the organization, or any part of it, a school? . . . . . . . . . . . | | X | B |
| Is the organization, or any part of it, a hospital or medical research organization? . | | X | C |
| Is the organization a section 509(a)(3) supporting organization? . . . . . . . | | X | D |
| Is the organization an operating foundation? . . . . . . . . . . . . | | X | E |
| Is the organization, or any part of it, a home for the aged or handicapped? . . . . | | X | F |
| Is the organization, or any part of it, a child care organization? . . . . . . . | | X | G |
| Does the organization provide or administer any scholarship benefits, student aid, etc.? . . . . . | | X | H |
| Has the organization taken over, or will it take over, the facilities of a "for profit" institution? . . . . . | | X | I |

Form 1023 (Rev 12-89)

**Part IV    Financial Data**

Complete the financial statements for the current year and for each of the 3 years immediately before it. If in existence less than 4 years, complete the statements for each year in existence. If in existence less than 1 year, also provide proposed budgets for the 2 years following the current year.

### A.—Statement of Revenue and Expenses

| | | Current tax year | 3 prior tax years or proposed budget for 2 years | | | |
|---|---|---|---|---|---|---|
| | | (a) From.......... to | (b) 19 ...... | (c) 19 ...... | (d) 19 ...... | (e) TOTAL * |
| Revenue | 1 Gifts, grants, and contributions received (not including unusual grants—see instructions) . . | | | | | |
| | 2 Membership fees received . . | | | | | |
| | 3 Gross investment income (see instructions for definition) . . | | | | | |
| | 4 Net income from organization's unrelated business activities not included on line 3 . . . . | | | | | |
| | 5 Tax revenues levied for and either paid to or spent on behalf of the organization . . . . | | | | | |
| | 6 Value of services or facilities furnished by a governmental unit to the organization without charge (not including the value of services or facilities generally furnished the public without charge) . . . . | | | | | |
| | 7 Other income (not including gain or loss from sale of capital assets) (attach schedule) . . | | | | | |
| | 8 Total of lines 1 through 7. . . | | | | | |
| | 9 Gross receipts from admissions, sales of merchandise or services, or furnishing of facilities in any activity that is not an unrelated business within the meaning of section 513 . . . . . . . . . | | | | | |
| | 10 Total of lines 8 and 9 . . . . | | | | | |
| | 11 Gain or loss from sale of capital assets (attach schedule) . . . | | | | | |
| | 12 Unusual grants . . . . . . | | | | | |
| | 13 Total revenue (add lines 10 through 12) . . . . . . . | | | | | |
| Expenses | 14 Fundraising expenses . . . | | | | | |
| | 15 Contributions, gifts, grants, and similar amounts paid (attach schedule) . | | | | | |
| | 16 Disbursements to or for benefit of members (attach schedule) . | | | | | |
| | 17 Compensation of officers, directors, and trustees (attach schedule). . . . . . . | | | | | |
| | 18 Other salaries and wages . . . | | | | | |
| | 19 Interest . . . . . . . . | | | | | |
| | 20 Occupancy (rent, utilities, etc.) . | | | | | |
| | 21 Depreciation and depletion . . | | | | | |
| | 22 Other (attach schedule) . . . | | | | | |
| | 23 Total expenses . . . . . | | | | | |
| | 24 Excess of revenue over expenses (line 13 minus line 23) . . . . . . . . . | | | | | |

* The Foundation is new. Its first fiscal year began August 3, 1990. It will be funded with contributions and grants. See Exhibit E.

Form 1023 (Rev 12-89)                                                                                                          Page 9

| Part IV | Financial Data *(Continued)* |
|---------|------------------------------|

B.—Balance Sheet (at the end of the period shown)

Current tax year
Date ....................

### Assets

|    |                                                      |    |   |
|----|------------------------------------------------------|----|---|
| 1  | Cash . . . . . . . . . . . . . . . . . . . . . . .   | 1  | * |
| 2  | Accounts receivable, net . . . . . . . . . . . . .   | 2  |   |
| 3  | Inventories . . . . . . . . . . . . . . . . . . .    | 3  |   |
| 4  | Bonds and notes receivable (attach schedule) . . .   | 4  |   |
| 5  | Corporate stocks (attach schedule) . . . . . . . .   | 5  |   |
| 6  | Mortgage loans (attach schedule) . . . . . . . . .   | 6  |   |
| 7  | Other investments (attach schedule) . . . . . . . .  | 7  |   |
| 8  | Depreciable and depletable assets (attach schedule) .| 8  |   |
| 9  | Land . . . . . . . . . . . . . . . . . . . . . . .   | 9  |   |
| 10 | Other assets (attach schedule) . . . . . . . . . .   | 10 |   |
| 11 | Total assets . . . . . . . . . . . . . . . . . . .   | 11 | * |

### Liabilities

|    |                                                      |    |   |
|----|------------------------------------------------------|----|---|
| 12 | Accounts payable . . . . . . . . . . . . . . . . .   | 12 |   |
| 13 | Contributions, gifts, grants, etc., payable . . . .  | 13 |   |
| 14 | Mortgages and notes payable (attach schedule) . . .  | 14 |   |
| 15 | Other liabilities (attach schedule) . . . . . . . .  | 15 |   |
| 16 | Total liabilities . . . . . . . . . . . . . . . . .  | 16 | * |

### Fund Balances or Net Assets

|    |                                                                          |    |   |
|----|--------------------------------------------------------------------------|----|---|
| 17 | Total fund balances or net assets . . . . . . . . . . . . . . . . . . .  | 17 |   |
| 18 | Total liabilities and fund balances or net assets (add line 16 and line 17) . . . . . . | 18 | * |

If there has been any substantial change in any aspect of your financial activities since the end of the period shown above, check ▶ ☐ N/A
the box and attach a detailed explanation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

*The Foundation is new. No fund raising or other activities are expected to
begin until a favorable tax determination is obtained. The Foundation has no assets or
liabilities. See Exhibit E.

The NRA Foundation, Inc.

Application for Recognition of Exemption
(Form 1023)

EXHIBIT C

Part II. - Activities and Operational Information

The Foundation has been established to be operated exclusively in support of charitable, scientific and educational purposes. It is intended that the Foundation will be publicly supported and will be a section 501(c)(3) organization.

The Foundation has been formed by the National Rifle Association of America ("NRA"), which is a social welfare organization exempt from federal income taxation under section 501(c)(4), as a vehicle through which individuals and corporations could make tax-deductible contributions, gifts, and/or bequests in support of educational and scientific activities connected with the lawful ownership and use of firearms. Although no fund-raising programs have been developed as yet, it is anticipated that the Foundation will engage in fund-raising efforts. At least initially, these efforts will be directed at solicitations of NRA members. The activities of this Foundation will consist of (1) accepting money and/or other property, real or personal, from the public at large; (2) managing such assets as may be received or acquired; and (3) making gifts or grants-in-aid to organizations and individuals for specific projects or activities to further its purposes.

One of the principal activities of the NRA is its Educational and Training Division, which promotes and manages educational and training programs in all aspects of firearm safety and recreational shooting. For this purpose, individuals are trained to be certified instructors and instructor trainers in the fields of home and hunter safety as well as recreational shooting with rifles, pistols and shotguns. Many of these programs focus

specifically on educating youth about the importance of firearm and hunter safety and marksmanship.

It is intended that the Foundation will provide support to programs that instruct individuals on firearm safety and marksmanship. Specifically, the Foundation will expend funds for such things as (1) firearms safety education programs; (2) marksmanship training activities; (3) historical firearms exhibits; (4) firearms reference libraries; (5) tests and experiments for range improvements; and (6) similar educational and scientific projects.

Some examples of activities for which grants-in-aid will be made are (1) hunter safety education; (2) home firearms safety training; (3) basic marksmanship training; (4) personal defense training; (5) range project (tests and experiments for bullet containment and noise control); and (6) wildlife conservation.

Additionally, it is contemplated that the Foundation will develop, manage and promote new programs that will advance firearm and hunter safety education in the nation. It is intended that such programs will include the development and dissemination of publications, visual aids, and instructional video presentations that teach individuals, including children of all ages, of the critical importance of using all types of firearms safely. The programs also will include actual training programs to teach safety procedures.

Each gift or grant-in-aid will be approved by the Board of Trustees only after meeting the criteria (1) that it is worthwhile, (2) that it will further the purposes of the Foundation, and (3) that it is within the meaning of section 501(c)(3). Each recipient will be required to submit to the Board of Trustees a classified statement of expenditures and a report of results accomplished.

The NRA Foundation, Inc.

Application for Recognition of Exemption
(Form 1023)

## EXHIBIT D

| Officers, Trustees | Address | Annual Compensation |
|---|---|---|
| Dr. James W. Carlson<br>President, Trustee | Box 191<br>Crofton, NE 68730 | 0 |
| Mr. Joe Foss<br>Vice-President, Trustee | P.O. Box 566<br>Scottsdale, AZ 85252 | 0 |
| Mr. Luke Meatte<br>Secretary, Trustee | Anheuser-Busch Companies, Inc.<br>One Busch Place<br>St. Louis, MO 63118-1852 | 0 |
| Mr. Joseph A. Nava<br>Trustee | 469 NRA Lane<br>Fairbanks, AK 99709 | 0 |
| James W. Porter II<br>Trustee | 1001 City Federal Building<br>Birmingham, AL 35203 | 0 |
| Mr. James E. Reinke<br>Trustee | Running Fox Ranch<br>P.O. Box 307<br>Las Vegas, NM 87701 | 0 |
| Mr. J. Warren Cassidy<br>Treasurer, Trustee | 1600 Rhode Island Avenue, NW<br>Washington, DC 20036 | 0 |

Duties of trustees and officers are delineated in The NRA Foundation, Inc.'s Bylaws Articles III and IV.

The NRA Foundation, Inc.

Application for Recognition of Exemption
(Form 1023)

EXHIBIT E

Part V - Financial Data

This organization is newly formed. No significant fund-raising or other activities will be conducted prior to the beginning of its first full fiscal year, which will begin January 1, 1991. The following is a proposed budget for the first three fiscal years in which activities will be conducted:

| RECEIPTS | FYE 12-31-91 | FYE 12-31-92 | FYE 12-31-93 |
|---|---|---|---|
| Contributions | $ 75,000 | $100,000 | $100,000 |
| Grants | $ 25,000 | $100,000 | $150,000 |
| Income | $ 1,000 | $ 10,000 | $ 15,000 |
| TOTAL | $101,000 | $210,000 | $265,000 |

| DISTRIBUTIONS AND EXPENSES | | | |
|---|---|---|---|
| Fund-Raising Costs | $ 25,000 | $ 50,000 | $ 50,000 |
| Administrative Costs | $ 5,000 | $ 10,000 | $ 10,000 |
| Disbursements in Furtherance of Charitable Purposes | $ 50,000 | $100,000 | $150,000 |
| TOTAL | $ 80,000 | $160,000 | $210,000 |

| FUNDS RETAINED FOR EXEMPT PURPOSES | | | |
|---|---|---|---|
| | $ 21,000 | $ 50,000 | $ 55,000 |

# Articles of Incorporation
# omitted here but available at Exhibit 1

NRA letter of consent omitted here but available at Exhibit 1

The NRA Foundation, Inc.
Application for Recognition of Exemption
(Form 1023)

EXHIBIT B

I, Dr. James W. Carlson, President of The NRA Foundation, Inc., hereby certify that the attached is a true and correct copy of the Bylaws of The NRA Foundation, Inc., current as of the date hereof, and that I am authorized to make this certification.

Dr. James W. Carlson, President

Date: 11-30-90

**BYLAWS**
**OF**
**THE NRA FOUNDATION, INC.**

## ARTICLE I

### PRINCIPAL OFFICE AND REGISTERED OFFICE AND AGENT

Section 1.

Principal Office. The principal office of The NRA FOUNDATION, INC., a nonprofit corporation incorporated under the laws of the District of Columbia (the "Foundation"), shall be in the District of Columbia.

Section 2.

Other Offices. The Foundation may have such other office or offices, within or without the District of Columbia, at such suitable place or places designated from time to time by the Board of Trustees of the Foundation.

Section 3.

Registered Office and Agent. The Foundation shall have and continuously maintain a registered office in the District of Columbia, and the Board of Trustees of the Foundation shall appoint and continuously maintain in service a registered agent in the District of Columbia, who shall be an individual resident of the District of Columbia, or a corporation, whether for-profit or not-for-profit.

-2-

## ARTICLE II

### MEMBERSHIP

The Foundation shall have no members.

## ARTICLE III

### TRUSTEES

Section 1.

Number, Election and Term of Office.

A.    The governing board of the Foundation shall be referred to as the Board of Trustees. The initial Board of Trustees of the Foundation shall be composed of the individuals named in the Articles of Incorporation of the Foundation.

B.    Each Trustee, other than a Trustee who serves in an ex officio capacity, shall hold office for a term of three years and until his or her successor is duly elected and qualified or until his or her earlier resignation, removal from office or death. Notwithstanding the above, the terms of office of the first Board of Trustees (other than a Trustee who serves in an ex officio capacity), who are those individuals named in the Articles of Incorporation, shall be as follows: Two Trustees shall serve for one year; two Trustees shall serve for two years; and two Trustees shall serve for three years. No Trustee (other than a Trustee who serves in an ex officio capacity), shall serve more than one consecutive term but such Trustee may be considered for reelection to the Board of Trustees of the Foundation after a one-year absence.

C.    Trustees, other than a Trustee who serves in an ex officio capacity, shall be elected by the Board of Directors of the National Rifle Association of America ("NRA") at the Annual Meeting of the Directors of the NRA, or if such meeting is not held or Trustees of the Foundation are not elected thereat, at a special meeting of the Board of Directors of the NRA called for that purpose, if necessary.

-3-

D.     At all times, the majority of the members of the Board of Trustees of the Foundation shall be Directors of the NRA. The remaining members of the Board of Trustees of the Foundation shall be persons who are members of the NRA and, to the extent possible, be persons of outstanding national prominence. The Executive Vice President of the NRA shall be a Trustee of the Foundation. It is intended that, at all times, the composition of the Board of Trustees of the Foundation reflect the broadest possible diversity in terms of professions, skills and interests.

E.     Any Trustee, by notice in writing to the Board of Trustees, may resign at any time. A Trustee may be removed from office with or without cause prior to the expiration of his or her term by act of the remaining Trustees at any regular or special meeting. Vacancies, as they occur, by resignation, removal, death, incapacity or the like, of one or more Trustees, shall be filled, by act of the remaining Trustees, and any successor so elected shall serve for the balance of the term remaining at the time such vacancy occurs.

F.     Increases or decreases in the number of Trustees shall be made by an act of the Trustees. At no time, however, shall there be fewer than seven (7) or more than nine (9) Trustees.

Section 2.

Powers and Duties. The Trustees shall have general charge of the affairs, property and assets of the Foundation. It shall be the duty of the Trustees to carry out the aims and purposes of the Foundation and, to this end, to manage and control all of its property and assets.

Section 3.

Quorum; Voting. Except as otherwise expressly provided in the Articles of Incorporation, these Bylaws, or applicable law: (a) each Trustee shall be considered for quorum purposes and shall be entitled to vote at any meeting of the Trustees; (b) one-third (1/3) of the number of Trustees then in office shall constitute a quorum for the transaction

-4-

of business at any meeting of the Trustees; and (c) the vote of a majority of the Trustees present at a meeting at which a quorum is present shall constitute the action of the Board of Trustees.

Section 4.

Meetings of Trustees. The Annual Meeting of the Board of Trustees of the Foundation shall be held immediately preceding or following the Annual Meeting of the Directors of the NRA. Special meetings of the Board may be called by the President or upon the written request of two (2) Trustees addressed to the Secretary.

Section 5.

Notice of Meetings of Board of Trustees. Written notice of the date, time and place of each meeting of the Board of Trustees shall be given by the Secretary or the person or persons calling the meeting not more than sixty days nor fewer than three days before the date of such meeting to each Trustee. Subject to the terms of Article VIII, such notice need not specify the purposes of the meeting and may be given by any reasonable means. Notice of any meeting shall be considered given if mailed or otherwise sent or delivered in writing to each Trustee at his or her address specified in the records of the Foundation. The giving of notice shall be deemed to be waived by any Trustee who shall attend and participate in such meeting without protesting, prior to or at the commencement of such meeting, the lack of proper notice and may be waived, in writing, by any Trustee either before, at or after such meeting.

Section 6.

Committees.

A.    The Foundation shall have a Planned Giving Advisory Committee whose members shall be composed of persons, chosen by the Board of Trustees of the Foundation, who are members of the NRA and who have professional expertise in the instruments and activities of charitable giving. This would include lawyers, certified public

-5-

accountants, certified trust officers, chartered life underwriters, investment bankers, MAI real estate appraisers, securities analysts, planned giving officers, fund-raisers, and members of similar professions. The purpose of the Planned Giving Advisory Committee is to review, develop and recommend to the Board of Trustees for its consideration various fund-raising strategies, policies and programs.

B.     The Board of Trustees, from time to time, may create one or more other committees and may delegate to any such committee any of its authority, provided, however, that such delegation is consistent with the laws of the District of Columbia. Each such committee shall serve at the pleasure of the Board, shall act only in the intervals between meetings of the Board, shall be subject to the control and direction of the Board and shall report to the Board, as required; provided, however, that any third party shall not be adversely affected by relying upon any act by any such committee within the authority delegated to it. Each such committee shall act by not less than a majority of the authorized number of its members.

Section 7.

Action Without a Meeting. Any action which might be taken at any meeting of the Trustees (including, without limitation, any action provided for in Article THIRTEENTH of the Articles of Incorporation) or at any meeting of a committee may be taken without such meeting by a writing or writings signed by all of the Trustees or all of the members of such committee, as the case may be. The writing or writings evidencing such action shall be filed with the Secretary of the Foundation and inserted in the permanent records relating to meetings of the Trustees and committees.

Section 8.

Meetings Held Through Communications Equipment. Meetings of the Board of Trustees or any committee of the Board may be held through communications

-6-

equipment if all persons participating can communicate with each other and such participation shall constitute presence at such a meeting.

## ARTICLE IV
## OFFICERS

### Section 1.

Election and Term. The officers of the Foundation shall consist of a President, Vice-President, Secretary, and Treasurer, and such other officers as the Trustees shall from time to time designate. The officers shall be elected by the majority of the Board of Trustees and, but for the President, need not be members of the Board at the time of their election. Officers shall hold office until the close of the next Annual Meeting of the Trustees following the election of such officers and until their successors are elected and qualified. One person may hold more than one office, other than the offices of President and Secretary.

### Section 2.

Duties. The officers shall have such authority and shall perform such duties as are customarily incident to their respective offices and such other and further duties as are prescribed in these Bylaws and as may from time to time be required of them by the Trustees.

### Section 3.

Resignation. Any officer may resign at any time by giving written notice to the Board of Trustees of the Foundation. Such resignation shall take effect at the time specified therein, or, if no time is specified, at the time of acceptance thereof as determined by the Board.

### Section 4.

Removal. Any officer may be removed with or without cause by the Board of Trustees at any regular or special meeting of the Board.

Section 5.

Vacancies. In the case of the resignation of an officer of the Foundation or, if for any other reason including ineligibility or removal, an officer is unable to complete his or her term, the Board of Trustees shall elect a successor to complete the unexpired term.

## ARTICLE V

### REPORTS TO NATIONAL RIFLE ASSOCIATION OF AMERICA

The Treasurer of the Foundation shall have prepared a certified audit of the Foundation's books and records as of the close of business each year and shall furnish a copy to the Board of Trustees. At the annual meeting of the NRA, next succeeding the presentation of the certified audit, the President shall present a copy of said audit to the President and the Executive Vice President of the NRA and shall make available a copy thereof to any member of the Board of Directors of the NRA.

## ARTICLE VI

### SEAL

The Board of Trustees of the Foundation may provide a corporate seal which shall be in the form of a circle and shall have inscribed thereon the name of the Foundation and the words "Corporate Seal, District of Columbia."

## ARTICLE VII

### INDEMNIFICATION

The Foundation shall indemnify each of its current and former Trustees and officers for the defense of civil or criminal actions or proceedings to the extent provided below and notwithstanding any other provision in these Bylaws. The Foundation shall indemnify each such Trustee and officer from and against any and all judgements, fines, amounts paid in settlement, and reasonable expenses, including attorneys' fees, actually

-8-

and necessarily incurred or imposed as a result of such action or proceeding or any appeal therein, imposed upon or asserted against him or her by reason of being or having been such a Trustee or officer and acting within the scope of his or her official duties, but only when the determination shall have been made judicially or in the manner herein provided that he or she acted in good faith for a purpose which he or she reasonably believed to be in or not opposed to the best interests of the Foundation and, in the case of a criminal action or proceeding, in addition, had no reasonable cause to believe that his or her conduct was unlawful. If not judicially determined, this indemnification shall be made only if the Foundation shall be advised by its Board of Trustees, acting (1) by a quorum consisting of Trustees who are not parties to such action or proceeding upon a finding that the Trustee or officer has met the foregoing applicable standard of conduct, or (2) if a quorum under (1) is not obtainable with due diligence, upon the opinion in writing of independent legal counsel that the Trustee or officer has met such standard. If the foregoing determination is to be made by the Board of Trustees, it may rely as to all questions of law on the advice of independent legal counsel. The right of indemnification herein provided shall be in addition to any and all rights to which any Trustee or officer of the Foundation might otherwise be entitled and provisions hereof shall neither impair nor adversely affect such rights.

## ARTICLE VIII
### AMENDMENTS TO BYLAWS

Section 1.

Voting. These Bylaws may be amended at any meeting of the Board of Trustees of the Foundation by a majority of the Trustees then serving.

Section 2.

Notice. An amendment to be proposed at a meeting, or the substance thereof, shall be included with the notices of such meeting given to the Trustees. An

amendment so made shall be effective immediately after adoption unless an effective date is specifically adopted at the time the amendment is enacted.

## ARTICLE IX

### FISCAL YEAR

The fiscal year of the Foundation shall be the calendar year.

ADOPTED: _____
Secretary

DATE: _____, 1990

Cadwalader, Wickersham & Taft

*1333 New Hampshire Ave., N.W.*

*Washington, D.C. 20036*

*Telephone: (202) 862-2200*

100 MAIDEN LANE
NEW YORK, N.Y. 10038
TEL: (212) 504-6000
FAX: (212) 504-6666

660 SOUTH FIGUEROA STREET
LOS ANGELES, CA 90017
TEL: (213) 955-4800
FAX: (213) 955-4865

440 ROYAL PALM WAY
PALM BEACH, FLA 33480
TEL: (407) 655-8500
FAX: (407) 655-8508

FAX: (202) 862-2400
TWX: 710-822-1934

February 19, 1991

RECEIVED
FEB 15 1991

Internal Revenue Service
District Director
31 Hopkins Plaza
Baltimore, MD 21201

*Attn: M. Shaw*

     Re:   *The NRA Foundation, Inc.*
             *EIN: 52-0352066*

Dear Mr. Shaw:

        The following are our responses to your questions regarding the proposed activities of The NRA Foundation, Inc. (the "Foundation"). We are submitting these responses on the due date, as extended, of February 19, 1991.

**1.    a.)    Describe how you will promote and manage educational and training programs in all respects of firearm safety and recreational shooting.**

        The Foundation is a new organization and is not yet operational. The sole purpose for which the Foundation has been created and for which it will be operated, is to support a broad range of charitable, scientific and educational activities on behalf of the general public in the areas of firearm and hunting safety, youth and adult marksmanship and hunting education, competitive shooting, gun collecting and marksmanship facilities and equipment research and development. In furtherance of this purpose, the Foundation will support, promote and manage many of the purely charitable, scientific and educational activities (described below) of the National Rifle Association of America ("NRA"), which is a section 501(c)(4) organization, and also the activities of other already existing section 501(c)(3) organizations that promote and manage programs for the benefit of the general public with respect to firearm safety, recreational shooting and other related charitable, scientific and educational programs. These organizations include the following:

(a). *The American Firearms and Shooting Foundation* ("AFSF"). The purpose of AFSF is to support a grants-in-aid program to fund graduate-level research studies related to shooting sports, range development, hunter education, wildlife management, shooting sports medicine and gun collecting, and also studies in the fields of jurisprudence, psychology and political science, as they relate to the protection of Second Amendment rights.

(b). *NRA Special Contribution Fund* (the "NRA Special Fund"). The NRA Special Fund finances activities at the NRA Whittington Center in Raton, New Mexico, which is the largest and most comprehensive competitions and educational shooting and hunting facility in the United States.

(c). *International Shooter Development Fund* ("ISDF"). ISDF fosters the development of amateur shooters who compete in national and international competitions, including the International Olympics. The NRA has been designated by the U.S. Olympics Committee as the National Governing Body of the sport of shooting. The National Shooting Team, which competes in the International Olympics, is trained and managed by the NRA. ISDF assists in the promotion and support of this important function of the NRA so as to give the United States the best possible representation in Olympic and World Championship shooting events.

(d). *National Firearms Museum Fund* (the "Museum Fund"). The Museum Fund supports the educational and cultural programs of the National Firearms Museum, which is open free to the general public and which educates visitors about the historical development of firearms.

Attached hereto as Appendices A through D, respectively, are brochures or other information with respect to each of foregoing section 501(c)(3) organizations.

At least initially, it is contemplated that the Foundation will provide financial support for the charitable, scientific and educational activities and programs of the NRA and of the section 501(c)(3) organizations described above or will conduct these activities in conjunction with these organizations. Over time, however, as the Foundation's fund-raising efforts develop, it is intended that the Foundation itself may conduct many of these *or similar types of activities. Thus, many of these charitable, scientific and educational* activities and programs ultimately will be consolidated within the Foundation.

As set forth in Exhibit C of the Foundation's Exemption Application, no gift, contribution or grant-in-aid of the Foundation's funds will be authorized unless its Board of Trustees has assured itself that the program or research project that it is considering supporting is charitable, scientific or educational within the meaning of section 501(c)(3) and the regulations thereunder and that any funds provided will be used only in furtherance of such purposes. Further, in selecting programs to support and conduct, consideration will be given to choosing those programs and projects that will benefit the general public the most significantly. (The Elementary Gun Safety Education Program, described below,

Case 1:26-cv-00015-SLS    Document 17-3    Filed 02/13/26    Page 29 of 44

which teaches the critical gun safety awareness message of "Stop -- Don't Touch. Leave the Area. Tell an Adult." to young children is an example of this type of activity.)

The following are descriptions of some of the educational and training programs with respect to firearm safety and recreational shooting that are currently conducted by the NRA either alone or in conjunction with the section 501(c)(3) organizations described above and which it is intended that the Foundation will support, promote and manage. These programs are intended to benefit the general public and are completely separate and apart from any legislative objectives or activities of the NRA:

*Elementary Gun Safety Education Program* (the "Elementary Education Program"). This program is designed for schoolchildren in kindergarten through the sixth grade and is primarily used in the school classroom. The Elementary Education Program was developed by the Education and Training Division of the NRA. The materials used in this program include a coloring book, a wall poster, activity worksheets and instructional guidelines for the teacher. The Elementary Education Program teaches the critical gun safety awareness message of "Stop -- Don't Touch. Leave the Area. Tell an Adult." when children encounter a gun in an unsupervised situation. The materials are provided free of charge through school systems and districts, individual schools, and law enforcement agencies nationwide. In 1990, these materials were distributed to 1,472 schools, 171 school systems, and 147 police departments. Since the program's inception in the fall of 1988, materials for 2.1 million children have been distributed.

Exhibits 1 and 2 are "Gun Safety Educational Package--K-2" and "Gun Safety Educational Package--3-6," respectively. Appendix E is a brochure entitled "A Parent's Guide To Gun Safety". In 1990, more than 780,000 copies of this brochure were distributed to the general public for free.

*Certified Instructor Program* (the "Certified Instructor Program"). The Certified Instructor Program teaches students the basics of becoming a certified instructor. In order to become a certified instructor an individual must be at least 21 years of age and have a solid background in safe gun handling. He or she must attend an instructor training course, receive the endorsement of the training counselor conducting the course and score at least 90 percent on the instructor examination. NRA membership is *not* a prerequisite to becoming a certified instructor. Application fees are $10 for members and $15 for nonmembers. A yearly renewal fee of $5 for members and $10 for nonmembers is also charged. The fees charged do not cover all of the costs incurred in running the Certified Instructor Program.

The more than 28,000 current certified instructors conduct courses for the general public in the basic fundamentals of safe gun handling and shooting. In 1990 alone, almost one million individuals were trained in these courses. These courses are conducted in local communities across the country. The courses are not limited to NRA members.

The safe gun handling and shooting courses available to the public are:

| | |
|---|---|
| Home Firearm Safety | Personal Protection |
| Pistol | Muzzleloading Pistol |
| Rifle | Muzzleloading Rifle |
| Shotgun | Muzzleloading Shotgun |

Some of the certified instructors may charge for materials used in their courses in order to recoup their out-of-pocket costs.

District Director                    -4-                    February 19, 1991

*Hunter Clinic Program* ("Hunter Clinic"). The Hunter Clinic is a national network of educational seminars designed to provide hunters with detailed information beyond basic hunting skills. The clinics are open to all interested members of the general public. The clinics are taught at the national and local levels and the subjects taught in all clinics are hunter safety, ethics and responsibility; biology and behavior; natural history and management; gear selection and hunting preparation; hunting strategies; hunter marksmanship; and field care and tablefare. The national-level clinics are conducted by the NRA Hunter Services Division Staff. Nationally known hunters act as clinic instructors at the national level, while volunteer instructors teach at the local level. The speakers at the national-level clinics are reimbursed for their travel expenses and receive honorariums, generally around $100. Attendees at the national-level clinics are currently charged $12.00 or less for admission. Local level instructors are volunteers who pass an NRA training course to gain certification. The volunteer instructors may charge for attendance at their clinics in order to recoup their operational costs.

Exhibit 3 is a copy of Hunting and Outdoor Skills Instructor's Guide. This guide is used by some states (*e.g.*, Montana and Ohio) in their hunter education programs.

*Hunter Information Service* (the "Information Service"). The Information Service annually distributes for free to the general public hundreds of thousands of brochures and articles on hunter education and safety, wildlife habits and habitats and general hunting information. The Information Service also replies annually to thousands of inquiries about hunting from the general public and the media. In 1990 alone, 2,692 items of correspondence and 1,254 telephone inquiries were handled. No cost is charged for this service. Thus, through the Information Service, important information about hunter education and safety is made available for free to the general public.

Attached hereto as Appendices F through K are brochures available free to the public from the Information Service.

*Nationwide Competitions* (the "Competitions"). These Competitions include thousands of local, state and national shooting competitions. The matches range from leagues and postals to sanctioned tournaments, and state, sectional and national championships. Participation in the matches is not limited to NRA members. Some of the matches have qualification requirements, however, based upon level of ability. Additionally, local matches conducted in conjunction with a sponsoring organization, such as the National Employee Services and Recreation Association ("NESRA"), will require employment with a member agency. Sponsorship by a local Veterans of Foreign Wars ("VFW") post is required for shooting in the VFW junior team match postals. The Junior 4-month team series is open to NRA-affiliated junior rifle clubs. Scout camp postals are limited to camps affiliated with the Boy Scouts of America.

*Youth Shooting Programs* ("Youth Programs"). The NRA is involved in many ways with youth development. In this respect, the NRA has created various Youth Programs that are intended to teach safe shooting skills and also to foster personal growth and achievement in the participants who include children from all sectors of society.

The Youth Programs involve the following:

*Schools.* NRA staff persons work with state departments of education to develop and maintain shooting programs, such as Elementary Gun Safety Education and also actual air gun and rifle and pistol shooting programs. These programs are incorporated into school curriculums, such as physical education classes.

*Liaison with Other Organizations.* NRA staff persons liaise in an ongoing and close manner with other organizations, such as the Boy Scouts of America, the 4-H, the Police Athletic League, the National Guard, the U.S. Jaycees and the American Legion, by providing materials, contributing to their publications and in some instances, providing leadership training for shooting programs. For example in 1990, members of the Education and Training Division of the NRA wrote and edited the manuscript for a rifle and shotgun shooting handbook for the Boy Scouts of America's Varsity Program for senior scouts. The handbook, which will be available for dissemination shortly, teaches critical skills involving firearm safety and marksmanship. The NRA provided the manuscript and illustrations to the Boy Scouts of America free of charge.

*Camps.* The NRA organizes and maintains a variety of camp programs. The camp programs are generally conducted during the summer. The camps teach shooting skills, firearm safety and also offer other types of activities. The activities at these camps are consistent with the NRA's function as the National Governing Body of the shooting sports, which includes all aspects of supervising and training amateur athletes in the sport of shooting. These camps, which are open to all members of the general public (notwithstanding certain limitations with respect to the age or skill level of the campers) also provide opportunities for young people from all parts of the country and from all walks of life to get together. The camp programs provide opportunities for young persons to learn skills that give them self-confidence. Some of the camp programs are part of the NRA Junior Olympic programs. The camps include the following:

The state and local NRA Junior Olympic Shooting Program ("JOSP") camps are open to all youths wishing to attend for a week (or slightly longer) a camp in a specific shooting discipline with required skill levels ranging from beginning to advanced. The camp organizers are interested volunteers.

The NRA Junior Olympic Achievement Camps are for the top shooters from the state JOSP camps. Requirements include that the participants be 14 years or older and have never attended a national NRA JOSP Camp before. This camp program is held at the U.S. Olympic Training Center in Colorado for about a week.

The NRA National Pistol and Smallbore Rifle Camps are organized by NRA staff with volunteer coaches teaching at the camps. The camps are open to all youth and are geared especially for the beginning and intermediate young shooter.

The NRA Whittington Adventure Camps are two-week long camps in New Mexico, where the children learn marksmanship and wildlife identification and actually go on an overnight simulated (photographic) hunting trip. This program is open to any child between the ages of 13 and 17.

The cost of attendance at the camps varies, depending upon whether meals, housing, and other amenities and accommodations are included. The camp programs generally are not self-supporting.

*Certified Coach Program* ("the Coach Program"). The purpose of the Coach Program is to develop coaches who have the ability to instruct amateur athletes in the five Olympic shooting disciplines. Coaching schools are held in local communities throughout the United States. These schools are conducted by volunteer coach school instructors. In 1990, 32,684 amateur athletes were coached in the sport of shooting.

Case 1:26-cv-00015-SLS    Document 17-3    Filed 03/13/26    Page 32 of 44

In order to become a certified coach, an individual must attend a week-long training session on how to conduct informative and enjoyable schools. The classes are arranged by NRA staff through a local coach school sponsor. NRA membership is not required in order to participate. There is a $45 fee per person for registration and materials.

Shooting is a sport where the disabled and handicapped can participate alongside the able-bodied. At the 1990 Coach Conference, a special session was held on the subject of coaching the disabled.

Exhibit 4 is a copy of <u>Coaching Young Athletes</u>, which is a handbook designed to teach shooting coaches how to coach young athletes in the sport of shooting.

**b.)    Where exactly are these programs to be held?**

The majority of these programs are held at the local level, but could include state and national level workshops, camps and conferences. Most of the programs are held in schools, at gun clubs, civic centers, and the like. For example, a Home Firearm Safety Course may be conducted in a church basement. The programs are held throughout the United States and many are held on a year-round basis.

**c.)    Will the general public have unlimited access to these facilities?**

The general public has access to all of these facilities and programs. Membership in the NRA is not required. For some of the programs a certain level of technical expertise or prior knowledge is required.

**d.)    Who are the individuals you are training to be certified instructors and instructor trainees.**

The persons chosen to be part of these training programs are individuals with a solid background in safe firearm use and handling. Basic firearm education instructors are *not* required to be members of the NRA, nor are the certified coaches.

**e.)    Will the general public be allowed to engage in this?**

Any and all interested persons are encouraged to participate in these educational and training programs described above. Indeed, many of the educational programs, such as the Elementary Education Program which is intended to teach gun safety awareness to young children in schools nationwide, are designed to be freely accessible to the general public.

**f.)    What is the criteria for this?**

The general public will be able to participate in any and all of the educational and training programs, described above. As noted above, participation in certain programs may be limited to individuals with certain prior technical expertise or demonstrated ability-level or knowledge. Also as noted above, certain of the individual competitions may have a restriction on participation.

Case 1:20-cv-00915-SLS    Document 17-3    Filed 02/13/20    Page 33 of 44

g.)    **Are there any charges or fees for this?**

Fees are charged for some of these programs or materials although many of the educational materials are available for free to the general public. Where fees are charged, they are established to recoup some portion or all of the cost, without the inclusion of a profit element. Most of the programs are not self-supporting. Currently, the NRA subsidizes the expenses of these programs in whole or in part. In 1990, 13 percent of the NRA's total expenditures were in support of educational and training activities.

Nominal processing and renewal fees are associated with the Certified Instructor Program. These fees help to defray the cost of computer time, credential processing and the development of new course materials.

Program volunteers are not required to charge for the programs they conduct although they are allowed to charge to recover costs of materials and administration (*i.e.*, their out-of-pocket expenses).

h.)    **How, where, what and for whom will the organization be expending funds**

1.)    **firearm safety educational programs and**

2.)    **marksmanship training activities**

One of the vital functions that the Foundation will provide is that it will raise funds in support of these educational and training programs. The Foundation would provide support for administrative costs, such as material development, credential processing, free material requests (fulfillment), and volunteer and staff training. Since the program locations are nationwide, funds would be expended nationwide, wherever the programs are conducted. As described above, the Foundation will provide support and management services for a program only after the Board of Trustees has reviewed a proposal and is assured that the proposed activity would be exclusively in furtherance of the Foundation's charitable, scientific and educational purposes.

Attached hereto as Appendices L and M are brochures on gun safety that are available to the general public. Almost 800,000 copies of "A Parent's Guide to Gun Safety" (Appendix L) and 200,000 copies of "Shooting for Safety" were distributed for free to the general public during 1990.

3.)    **historical firearm exhibits**

Expenditures of the Foundation with regard to historical firearms exhibits would include exhibit development and renovation, museum acquisitions, firearm inspection and maintenance, and other costs associated in its developing and maintaining permanent and touring exhibits. These functions may occur in conjunction with those planned by the NRA National Firearms Museum, which, as noted above, is supported by the Museum Fund, which is a section 501(c)(3) organization. The museum is open free of charge to the general public seven days a week except for major holidays. In 1990, over 20,000 persons visited the museum.

4.)    **firearm reference libraries**

A reference library, which is maintained in conjunction with the NRA National Firearms Museum, is available for free use by the general public. The

Foundation would assist in meeting administrative costs, such as material acquisitions and staff salary for maintaining collections and monitoring use.

     5.)    tests and experiments for range improvements

          *See* 1.k. below (discussion of grants-in-aid program).

     6.)    similar educational and scientific projects

          *See* 1.k. below  (discussion of grants-in-aid program).

**i.)**    Will you run these programs or someone else?

Initially, the Foundation will not have the capacity to operate educational and training programs directly, although it will be able to provide supervisory guidance for those programs which, in furtherance of its exclusively charitable, scientific and educational purposes it chooses to support. Over time, the Foundation may begin to operate these programs directly. Until such time, however, the programs will continue to be run by the NRA and/or by the section 501(c)(3) organizations described above, working in conjunction with volunteers. As noted, many of these programs depend heavily upon significant volunteer participation in order to operate (*e.g.*, the hunter clinics, instructional courses, coach schools, elementary gun safety education programs, training camps and competitive events).

**j.)**    Must you be a member of the NRA to engage in these activities?

No, NRA membership is not required for participation in any of the educational and training activities described above, although, with respect to the competitions, individual sponsors of tournaments, such as NESRA or VFW, may require membership in their agency or organization.

**k.)**    Describe your grants-in-aid programs for

     1.)    hunter safety education

     2.)    home firearm safety training

     3.)    basic marksmanship training

     4.)    personal defense training

     5.)    range improvement projects (tests and experiments for bullet containment and noise control) and

     6.)    wildlife conservation

Financial assistance may be provided for graduate-level scholarly or scientific research projects on a variety of subjects through the grants-in-aid program. Individuals do not need to be members of the NRA to be able to receive a grant.

Research topics that will be considered include, but are not limited to, the above-listed areas. Other areas for research could include shooting sports medicine, gun collecting, and firearms history. Grants-in-aid generally do not exceed $5,000. They are

issued on a reimbursement basis to a university or agency. However, no portion may be used for overhead or indirect expenses. More than one million dollars have been appropriated for graduate research since the program's inception in 1969.

It is contemplated that the Foundation will provide financial support to the grants-in-aid program where it believes that support of grants-in-aid proposals would be in furtherance of its charitable, scientific and educational purposes.

Attached hereto as Appendices N and O, respectively, are the Grants-In-Aid Program brochure and application.

l.)    Furnish us with the criteria for applying for these grants and tell us exactly who will be able to make application?

The criteria used in determining whether to make a grant includes overall project quality, potential contributions to the scientific community and the general public, the practical application, and the applicant's qualifications. Any person who is involved with graduate-level research may apply. As noted above, NRA membership is not a prerequisite.

m.)    How will the general public be made aware of your grant program?

Promotions for this program include (i) two news releases distributed annually to 1600 "outdoor" writers, (ii) financial assistance catalog listings (e.g., foundation directories), (iii) direct mail to universities and (iv) various targeted publications available on request.

n.)    Describe exactly how the "Foundation will develop, manage and promote new programs that will advance firearm and hunter safety education in the nation."

It is anticipated that as funds become available existing programs will be refined to meet specific group needs and to reach an even greater portion of the population. Second language materials will be developed. Thus, for example, materials used in the Elementary Education Program will be translated into other languages for schoolchildren whose principal language may not be English. The development of instructional videos and other support materials in more advanced technological formats is also anticipated. The use of computer programs for the benefit of the general public in order to disseminate information (for example, as part of the Information Services program) is also possible. The use of these types of materials will be very costly to develop and produce.

o.)    What type of development and dissemination of publications, visual aids, and instructional video presentations that teach individuals, including children of all ages, the critical importance of using firearms safely will you be carrying out?

An example of the type of publication specially developed for children, and which is of the type that the Foundation contemplates supporting and developing, is the "Stop — Don't Touch. Leave the Area. Tell an Adult." (see Exhibits 1 and 2). Another is the handbook prepared for the Boy Scouts of America, which is described above. Many of these educational materials are distributed at no cost to police departments and schools. This practice will be continued with respect to the projects supported by the Foundation because of the vital importance of gun safety messages reaching as much of the general public as possible. Materials are also provided free to organizations, such as the Boy

Scouts of America and the 4-H. Thus, the current dissemination of most of the educational materials is through existing entities, many of which are section 501(c)(3) organizations or governmental departments.

p.)  Where will you conduct these programs and services?

*See* 1.b.

q.)  Will your programs be geared for a certain part of the general public or all parts?

*See* 1.a., c., e., and f., above and 1.s. below.

r.)  Tell us exactly how this will be carried out.

*See* 1.h. and i. above.

s.)  Will your organization conduct seminars, lectures, etc., open to the general public or will these only be available to members of NRA?

Any seminar or lecture program that is supported or conducted by the Foundation will be open to the general public. NRA membership will not be required. The Hunter Clinic, described above, is an example of an educational lecture series open to the general public.

1.)  If yes, how many annually and where?

It is contemplated that the seminars and lectures will be held in communities nationwide. It is anticipated that many of the speakers will be volunteers. Presently, there is no estimate available regarding the number of such programs that the Foundation will conduct or support annually.

t.)  Furnish us with a detailed description of all your activities.

1.  Describe each activity separately.

2.  Tell us exactly what you do and how you plan to do it.

3.  Use the following criteria when describing your activities. Submit a detailed description of all of the activities of the organization -- past, present and planned, showing how you operate or will operate to achieve your purposes. Each activity should be separately described, and the description should include as a minimum, the following:

a.)  Its purpose and nature

b.)  Frequency and duration

c.)  How, when, where, and by whom it was, is, or will be conducted.

d.)  the requirements a person or organization must meet in order to participate in or receive benefit from the activity.

District Director        -11-           February 19, 1991

    e.)     The amounts of any charges or fees and the basis for the amount

    f.)     What the activity has accomplished or will accomplish

    g.)     State what percentage of the total time and effort of the organization is devoted to carrying out each activity.

The Foundation is a newly-organized corporation. It is not yet operational. Set forth throughout the responses provided above is a highly detailed description of the types of specific activities that it is contemplated that it will support, promote and conduct and which should answer adequately your question 1.t.

**2.**    **a.)**    Explain fully the property and equipment that you anticipate the NRA will provide for your use.

The NRA will provide rent-free use of office space, equipment and supplies. The NRA will make the services of its staff available, as needed, to assist the Foundation (e.g., receptionists' services). The salaries of such individuals will be paid by the NRA, without reimbursement by the Foundation.

    **b.)**    How will the two organizations be separated?

The NRA is a large organization. It conducts social welfare activities, including legislative activities, and also, as described above, substantial charitable, scientific and educational activities for the benefit of the general public. It is with respect to the latter only, that the goals and objectives of the NRA and the newly-organized Foundation coincide. It is intended, as described above, to have the Foundation support, promote and manage only those activities of the NRA that are charitable, scientific and educational within the meaning of section 501(c)(3) and the regulations thereunder.

The leadership of the Foundation (and also of the NRA) is aware that the Foundation, as an organization dedicated exclusively to charitable, scientific and educational purposes, is prohibited from engaging in many of the activities conducted by the NRA. (This is also the case, obviously, with respect to the other section 501(c)(3) organizations described above.) Because of this, the Board of Trustees of the Foundation, which is an independent decision-making body, will examine every grant proposal received to determine if the activity or project described in such proposal is one that is *solely* in furtherance of section 501(c)(3) purposes.

    **c.)**    Will the 501(c)(4) donate any funds to your organization?

It is not anticipated that the NRA will donate funds (other than paying for certain organizational expenses) to the Foundation although, as discussed in 2.a. above, it will provide the rent-free use of property and the free services of its employees. The Foundation will be funded by contributions from individuals, corporations and foundations.

    **1.)**    If yes, explain in detail.

N/A

     d.)   **How will you make sure that these two organizations will not mix funds? Submit and discuss in detail.**

There will be *no* commingling of funds between the NRA and the Foundation. The Foundation will have its own bank accounts into which contributions will be placed. The Foundation will receive investment advice with respect to its funds from independent persons and for this reason will form a Planned Giving Advisory Committee, as described in Article III, section 6 of its Bylaws, a copy of which is included in the Foundation's Exemption Application as Exhibit B. The NRA will not collect or hold contributions on behalf of the Foundation.

**3.**    **a.)**   **Since your organization states that you would not be using professional fund-raisers, who exactly will conduct your fund-raising programs?**

At least initially, fund raising will be conducted by members of the Board of Trustees, who will contact individuals who they have reason to believe will have interest in the purposes of the Foundation. Also, the Foundation has been structured so as to involve individuals, on a volunteer basis, who have significant ties with the fund-raising community. For this purpose, the Planned Giving Advisory Committee will be formed and will be comprised of persons who have expertise with respect to fund-raising and planned giving. *See also* 3.b. below.

     b.)   **Furnish us with a breakdown or schedule for your "fund-raising costs."**

It is not anticipated that the Foundation will incur any direct fund-raising costs. Much of the actual fund-raising will be performed on a volunteer basis. Also, the NRA may provide materials and services free for the purpose of assisting the Foundation's initial fund-raising efforts. For example, the NRA has its own type-setting facility and may contribute the labor and the materials necessary for the creation of a fund-raising brochure. The NRA also may provide the royalty-free use of its mailing list to assist the Foundation in obtaining donations.

     c.)   **Furnish us with a schedule for "disbursements in furtherance of charitable purposes." Discuss and submit in detail.**

Exhibit E of the Foundation's Exemption Application sets forth, as required, a projection of the Foundation's *estimated* revenues and disbursements in the first few years of its operations. The figures provided are estimates only. It is unknown how much the Foundation will receive as contributions. Obviously, the Foundation's disbursements will be contingent on the amount that it receives. All funds received by the Foundation will be disbursed currently -- or held for future disbursement -- exclusively in furtherance of charitable, scientific and educational purposes.

**4.**    **Your application lists publications, visual aids, and instructional video presentations. Please respond to all questions on the attachment with this letter. Submit and discuss in detail.**

     *See* Attachment, Questions Dealing With Publishing Activities.

a.)    State whether you will intervene in any political campaign on behalf of, or in opposition to, any candidate for public office.

The Foundation *will not intervene* in any political campaigns on behalf of, or in opposition to, any candidate for public office.

b.)    If so, will this be your primary activity?

N/A

c.)    What percentage of your time and funds will you devote to intervening in political campaigns?

None

Describe the nature and extent of your lobbying activities, specifically:

The Foundation will not engage in *any* legislative or lobbying activities at the national, state or local level. It is not contemplated that the Foundation will make an election under section 501(h) since it has *no* legislative or lobbying purposes, objectives or goals.

The lobbying activities, direct or indirect, that you engaged in or will engage in:

None

The part of total staff time that is spent in carrying on those activities:

None

The amount of money appropriated and spent for those activities.

None

5.    Will any officers, directors, members, or their relatives, receive a salary, reimbursement for expenses, or any other form of payment from your organization? If so, explain fully, and include the recipients' names, their duties and the number of hours each week that they will devote to such duties. State the amount of compensation each will receive and the basis for arriving at the amounts of such payments.

As stated in Exhibit D of the Foundation's Exemption Application neither the trustees nor the officer will receive compensation from the Foundation for their services on behalf of the Foundation. These persons are serving on a volunteer basis.

The Foundation has no members.

Relatives of the trustees and officers will not receive any form of payment from the Foundation.

The Foundation would reimburse the trustees and officers for their reasonable out-of-pocket expenses incurred on behalf of the Foundation. No such reimbursement need has arisen to date.

Case 1:26-cv-00015-SLS    Document 17-3    Filed 03/13/26    Page 40 of 44

6.    Please submit copies of any brochures, pamphlets, newsletters advertisements, or any other literature regarding your organization.

None of the above exist.

7.    Please provide copies of any written leases, contracts, or agreements entered into by your organization.

The Foundation has not entered into any leases, contracts, or agreements.

## QUESTIONS DEALING WITH PUBLISHING ACTIVITIES

Income Tax Regulations section 1.501(c)(3)-1(d)(3)(1) provides that the term "education" includes the instruction of the public on subjects useful to the individual and beneficial to the community.

The publication of printed material may be educational if:

a.)    the content of the publication is educational

b.)    the preparation of material follows methods generally accepted as "educational" in character

c.)    the distribution of materials is necessary or valuable in achieving the organization's educational and scientific purposes and

d.)    the manner in which the distribution is accomplished is distinguishable from ordinary commercial publishing practices.

1.    Explain exactly how your organization's publishing activities meet each of the items a-d above. Do not make general statements.

The Foundation currently does not have any publishing activities. However, it has provided information about the *types* of publishing activities currently conducted by the NRA and by the section 501(c)(3) organizations described above that the Foundation will support, promote and manage, provided that such activities are within the scope of the Foundation's charitable, scientific and educational purposes.

a.    The various educational publications that the Foundation will support and develop will be designed to teach a certain aspect of the shooting sports -- how to shoot, marksmanship training, how to hunt, firearm safety, field safety, how to teach hunter education classes, basic firearm education classes, and law enforcement classes -- to the general public.

b.    The educational course materials, such as those used in the Elementary Education Program described above, contain the following: a description of the learning objectives, course outlines, lesson plans, and visual training aids. These items are traditional teaching devices. The informational brochures and handbooks described above are written and reviewed by experts in the subjects covered. For example, technical experts make a blind review of manuscripts before they are accepted for publication. It is anticipated that the Foundation will support and develop similar types of educational materials in much the same way.

c.    The materials will need to be distributed to children, adults, and law enforcement and security officers in order for them to benefit from the information contained in the publications. In order for the general public to become informed about the information contained in these materials, they must be distributed and read or viewed. Many of the materials chosen for support by the Foundation will be selected because it is believed that there is no equivalent existing that is readily available to the general public or appropriate for specific age groups.

d.    A distinct feature to the distribution of the educational materials supported by the Foundation is that much of the material will be free to the general public or will be priced solely to recover some or all of the actual costs involved. No profit element will be included.

**2.    Who has/will write the material?  What are their qualifications?**

Individuals with writing and editing expertise and also technical knowledge of the subject matter will write the materials.

**3.    Who chooses the article/works/projects to be published?  On what basis are they chosen?  What are the qualifications of those choosing the works?  Are members of this selection committee eligible to have their own material published?**

The Foundation is not yet operational. The Board of Trustees will chose the projects to be supported by the Foundation. Projects will be selected only if the Trustees are convinced of the merit of the project and that it is within the charitable, scientific and educational purposes of the Foundation.

Anyone is eligible to have assistance from the Foundation in the development of a publication provided the project has merit, technical accuracy, and is of demonstrated educational, scientific or educational value.

**4.    Will you publish the works of unknown artists/writers?  If one work is chosen, are they again eligible to have work published or are they restricted to one piece?**

Whether an artist or writer has previously published a work with the Foundation would be immaterial. What would be important is that the artist and writer prove (or have already proven) ability and technical knowledge. Works by unknown artists and writers will be published according to the same standard.

**5.    Will you publish the works of officers or directors of the organization?**

The works of officers and trustees of the Foundation would be considered like those of any other author submitting a manuscript and would be judged on the basis of merit solely. The same would be true of the works of the officers or directors of the NRA or of the section 501(c)(3) organizations described above. With respect to this matter, we note that many of these individuals have substantial expertise in the subjects described above, although most may not have any interest in personally preparing such written materials.

District Director                    -16-                    February 19, 1991

6.    Explain fully the nature of your publishing operation. Include information as to who prints the material, how often it is printed, and where it is printed.

        The Foundation does not have a publishing operation. It is not yet operational.

7.    Explain all methods by which your publication will be distributed. Will any materials be distributed free of charge? If so, to whom? How can the free material be requested and how is its availability made known to the public? Will your publication be sold through stores? If so, to what stores specifically. Are they all for-profit entities or will nonprofit bookstores be included?

        Many of the materials will be distributed for free to the general public. News releases announcing the release of new publications will be sent to outdoor writers. Announcements also will appear in various publications. For example, teachers' magazines announced the publication of the Elementary Gun Safety Education Program, which is the type of publication the Foundation is interested in supporting.

        Appendix P, which is attached hereto, is an example of an article that advertised this program in the New Mexico Teachers Guide.

8.    Will your material be sold by subscription? If so, how do you make the public aware of its availability? What are your subscription rates? On what basis are they determined? How do they compare with a similar commercial publication's rates?

        N/A

9.    Describe your methods of marketing your publication. Submit sample copies of any advertising you will use.

        The Foundation has no marketing methods developed. As noted, it is contemplated that articles, announcements and advertisements will be used. No samples of such exist at present nor are any in development since the Foundation is not yet operational.

10.    Will you sell advertising space in your publication? If so, at what rates? How do these rates compare to those charged by a for-profit publication of the same approximate size and distribution? How will advertising be solicited? Is it solicited by someone in a paid position? What percentage of the total publication is made up of advertisements?

        No advertising space will be sold for use in conjunction with any publication supported by the Foundation.

11.    What is the charge for your publication? Are there lesser charges for students or senior citizens? On what basis was your charge decided? Is the charge at cost, less than or greater than the cost of publishing your material? Show how you determined this.

        As previously stated, much of the material distributed will be free to the public. The material that is sold, however, will be priced at unit cost to recoup some portion of production costs and to account for overhead. To determine a price for a material, consideration will be given to determining the best price to make the product available to and affordable by as much of the public as possible.

District Director                    -17-                    February 19, 1991

12.    Is your publication of interest to the general public or only to a limited group of people?

Educational and training materials on shooting, hunting and firearms and firearm safety are of interest and appeal to a significant portion of the general public.

13.    Will your publication be copyrighted?  If so, in whose name will the copyright be held?  If royalties are received, how will they be distributed?  Will any distributions be made to the officers or directors of the organization?  If so, explain in detail.

The Foundation will generally receive copyright credit for those educational and training materials to whose development it has provided support.  It is not anticipated that royalties will be received by the Foundation or by any other party from such publications.  No distributions will be made to the Foundation's trustees and officers with respect to any sales of these publications.  As noted, it is contemplated that many of the publications will be distributed free to the general public.  Others will be sold directly through articles, announcements and advertisements at a cost intended to recoup a portion of their cost.

14.    If the copyrights are not held by the organization, explain how any benefits received from the copyrights will be treated.

See 13 above.

15.    Submit sample copies of any already published materials or a draft copy of material to be published (if you have not published yet).

The Foundation has not published any materials nor does it have any drafts or manuscripts.  Appendices A through P and Exhibits 1 through 4 represent the types of publications that the Foundation contemplates supporting, promoting and developing.

16.    Submit copies of any contracts for any portion of your activities including preparation, publishing, advertising, printing, and distribution of your publications.

As noted above, the Foundation does not have any publishing or other types of contracts.

17.    List your staff members, their qualifications, and their responsibilities.  Do any staff members volunteer their services?

The Foundation does not have any staff members at present.  Its trustees and officers are serving on a volunteer basis.

* * * * *

District Director                          -18-                    February 19, 1991

      If you should need additional information or seek clarification of any of the information provided above, please telephone either the undersigned at (202) 862-2219 or Mr. William B. Binswanger at (202) 828-6000.

                       Very truly yours,

                       Stephen N. Shulman, Esq.