# EXHIBIT 8

# BYLAWS

# OF

# THE NRA FOUNDATION, INC.

(As Amended on August 23, 2024)

## ARTICLE I
## PRINCIPAL OFFICE AND REGISTERED OFFICE AND AGENT

**Section 1.**
**Principal Office.**   The principal office of The NRA Foundation, Inc., a nonprofit corporation incorporated under the laws of the District of Columbia ("The Foundation"), shall be in the State of Virginia.

**Section 2.**
**Other Offices.**   The Foundation may have other offices, within or without of the State of Virginia, at a place or places designated by the Board of Trustees of The Foundation.

**Section 3.**
**Registered Office and Agent.**   The Foundation shall maintain a registered office in the District of Columbia, and maintain a registered agent in the District of Columbia, which shall be an individual, or a corporation, whether for-profit or not-for-profit.

## ARTICLE II
## MEMBERSHIP

The Foundation shall be constituted of the Board of Trustees. For the purposes of any statute, ordinance, regulation, or other rule of law relating to charitable gaming and giving, the members of the individual State Fund Committees shall be taken to be the members of The Foundation.

1

## ARTICLE III
## TRUSTEES

**Section 1.**

**Number, Election, and Term of Office.**

**A.**     The governing Board of Trustees of The Foundation shall be designated as the Board of Trustees. The initial Board of Trustees shall be composed of the individuals named in the Articles of Incorporation of The Foundation.

**B.**     Each Trustee, other than a Trustee who serves in an ex officio capacity, shall hold office for a term of three (3) years and until his or her successor is duly elected and qualified or until his or her earlier resignation, removal from office or death in office.

**C.**     All Trustees shall be elected by the current Trustees at The Foundation's Annual Meeting, unless otherwise required to fill a vacant seat. All current and future Trustees shall fill their terms for the term's duration, with the provision that in the year such term expires, the expiration date will coincide with The Foundation's Annual Meeting.

**D.**     The members of the Board of Trustees shall be life members for five (5) years or longer of the National Rifle Association of America (the "NRA"). The President of the NRA shall be an ex officio member of the Board of Trustees with the power to make a motion, second a motion, and debate a motion, but without the power to vote. At all times, the composition of the Board of Trustees shall reflect the broadest diversity of excellence in terms of professions, skills, and interests.

**E.**     By notice in writing to the Board of Trustees, a Trustee, may resign at any time. A Trustee may be removed from office with or without cause by the remaining Trustees at any regular or special meeting with a 2/3 vote by a majority of the Trustees. Vacancies, as they occur, shall be filled by the remaining Trustees, and the new Trustee shall serve for the balance of the remaining term.

2

**F.** An increase or decrease in the Board of Trustees shall require action by a majority of the Board of Trustees. At no time shall there be fewer than seven (7) or more than fifteen (15) Trustees. Any increase or decrease in the number of Board of Trustees members may be made at any regular or special meeting.

### Section 2.

**A.** **Powers and Duties.** It shall be the duty of the Trustees to carry out the affairs, aims, and purposes of The Foundation and to engage and control its property and assets.

**B.** **Local and Regional Affiliates.** The Board of Trustees may, in its discretion, charter such local or regional affiliates as deemed necessary to further the charitable aims and purposes of The Foundation. However, no charter awarded or conferred under this section shall be construed to confer upon the chartered organization the power to accept service of process on behalf of The Foundation, or to initiate or defend any suit in the name of The Foundation. A clear statement of rights, privileges, and responsibilities conferred upon the chartered organization shall be included on a suitable written instrument which shall be provided to the chartered organization as evidence of the Board of Trustees' action.

### Section 3.

**Quorum: Voting.** Except as otherwise expressly provided in the Articles of Incorporation, these Bylaws, or other applicable law: (a) each Trustee shall be considered for quorum purposes and shall be entitled to vote at any meeting of the Board of Trustees; (b) to transact any business the Board of Trustees must have a quorum present of no fewer than five (5) Trustees; and (c) the vote of a majority of the Trustees present at a meeting at which a quorum is present shall constitute the action of the Board of Trustees.

### Section 4.

**Meetings of Trustees.** The Annual Meeting of the Board of Trustees shall be held prior to the Annual Meeting of Members of the NRA. Special meetings of the Board

of Trustees may be called by The Foundation President or upon the written request of two (2) Trustees addressed to The Foundation Secretary. If at any time the President and Vice President are not available, the Trustees in attendance by a majority vote shall elect a chairman for the meeting.

**Section 5.**

**A.     Notice of Meetings of the Board of Trustees.**     The Foundation Board meetings may be in-person or electronic. Written notice of the date, time, and location (including electronic) of each meeting of the Board of Trustees shall be given by the Secretary not more than sixty (60) days nor fewer than three (3) days before the date of such meeting. Subject to the terms of Article VIII, such notice need not specify the purpose of the meeting and may be given by any reasonable means, including mailed or otherwise sent or delivered in writing by electronic means to each Trustee at his or her address set forth in the records of The Foundation. The giving of notice shall be deemed to be waived by any Trustee who shall attend and participate in such meeting without protesting, prior to or at the commencement of such meeting. The lack of proper notice may be waived in writing by any Trustee either before, at, or after such meeting.

**Section 6.**
**Committees.**

**A.     Audit Committee.**     The Foundation shall have an Audit Committee to assist the Board of Trustees in fulfilling its responsibility to oversee management's conduct of The Foundation's financial reporting process, including by exercising oversight of the annual independent audit of The Foundation's financial statements. The terms of The Foundation's Audit Committee Charter, adopted by the Board of Trustees as of July 30, 2024, and including any subsequent duly approved amendments thereto, are incorporated herein.

**B.     Investment Committee.**     The Foundation may have an Investment Committee to assist the Board of Trustees and The Foundation Staff in carrying out

their fiduciary responsibilities for the conservation and use of all invested assets. The terms of The Foundation's Endowment Investment Policy, adopted by the Board of Trustees in May 2015, and including any subsequent duly approved amendments thereto, are incorporated herein.

**C.    Nominating Committee.**    The Foundation may have a Nominating Committee to nominate candidates for election to the Board of Trustees. If the Board of Trustees authorizes a Nominating Committee, it shall adopt a Nominating Committee Charter setting forth the Nominating Committee's authority, membership qualifications, and procedures. The terms of any Nominating Committee Charter that is adopted by the Board of Trustees, and including any subsequent duly approved amendments thereto, will be deemed to be incorporated herein.

**D.    Planned Giving Advisory Committee.**    The Foundation may have a Planned Giving Advisory Committee to review, develop, and recommend to the Board of Trustees various fund-raising strategies, policies, and programs. If the Board of Trustees authorizes a Planned Giving Advisory Committee, it shall adopt a Planned Giving Advisory Committee Charter setting forth the Planned Giving Advisory Committee's authority, membership qualifications, and procedures. The terms of any Planned Advisory Committee Charter that is adopted by the Board of Trustees, and including any subsequent duly approved amendments thereto, will be deemed to be incorporated herein.

**E.    Other Committees.**    The Board of Trustees, from time to time, may create one or more other committees and may delegate to any such committee any of its authority; provided, however, that such delegation is not inconsistent with the laws of the District of Columbia. Each such committee shall serve at the pleasure of the Board of Trustees, shall act only in the intervals between meetings of the Board of Trustees, shall have and act on only such duties and responsibilities as are delegated by the Board of Trustees and enumerated in a charter or resolution duly passed by

the Board of Trustees, shall be subject to the control and direction of the Board of Trustees and shall report to the Board of Trustees as required; provided, however, that any third party shall not be adversely affected by relying upon any act by any such committee within the authority delegated to it. Each such committee shall act by not less than a majority of the authorized number of its members.

**Section 7.**
**Action Without a Meeting.** Any action which might be taken at any meeting of the Board of Trustees (including, without limitation, any action provided for in Article Thirteen of the Articles of Incorporation) or at any meeting of a committee may be taken without such meeting by a writing or writings signed by all of the Trustees or all of the members of such committee, as the case may be. The writing or writings evidencing such action shall be filed with the Secretary of The Foundation and inserted in the permanent records relating to the meeting of the Board Trustees and committees.

**Section 8.**
**Meetings Held Through Communication Equipment.** Meetings of the Board of Trustees or any committee of the Board of Trustees may be held electronically, or through communications equipment technology, if all persons participating can communicate with each other. Such participants shall constitute presence at such meeting.

## ARTICLE IV
## OFFICERS

**Section 1.**
**Election and Term.** The officers of The Foundation shall consist of a President, Vice-President, Secretary, Treasurer, Executive Director, Director of Advancement, and such other officers as the Board of Trustees shall from time to time designate. The President and Vice-President must be members of the Board of Trustees at the time of their election, but other officers need not be members of the

6

Board of Trustees. Officers shall hold office until their successors are elected and qualified. One person may hold more than one office, other than the offices of the President and Secretary.

**Section 2.**
**Duties.**  The officers shall have such authority and shall perform such duties as are customarily incident to their respective offices and such other and further duties as are prescribed by these Bylaws and as may from time to time be required of them by the Board of Trustees.

**Section 3.**
**Resignation.**  Any officer may resign at any time by giving written notice to the Board of Trustees. Such resignation shall take effect at the time specified therein, or, if no time is specified, at the time of acceptance thereof by the Board of Trustees.

**Section 4.**
**Removal.**  Any officer may be removed with or without cause by the Board of Trustees at any regular or special meeting of the Board of Trustees by a majority vote of those Trustees present and voting.

**Section 5.**
**Vacancies.**  In the case of the resignation of an officer or, if for any other reason, including ineligibility or removal, an officer is unable to complete his or her term, the Board of Trustees shall elect a successor to complete the unexpired term.

**ARTICLE V**
**REPORTS TO NATIONAL RIFLE ASSOCIATION OF AMERICA**

The Treasurer of The Foundation shall engage external auditors to perform an audit of The Foundation's books and records as of the close of business each year and shall furnish a copy to the Board of Trustees. At the Annual Meeting of Members of the National Rifle Association, next succeeding the presentation of the audit report, the President of The Foundation shall present a copy of said audit to the President

and Executive Vice President of the NRA and, if requested, shall make available a copy thereof to any member of the Board of Directors of the NRA.

## ARTICLE VI
## SEAL

The Board of Trustees may provide a corporate seal in the form of a circle which is inscribed thereon the name of The Foundation and the words "Corporate Seal, District of Columbia."

## ARTICLE VII
## INDEMNIFICATION

The Foundation shall indemnify each of its current and former Trustees and officers for the defense of civil or criminal actions or proceedings to the extent provided below and notwithstanding any other provisions in these Bylaws. The Foundation shall indemnify each such Trustee and officer from and against any and all judgments, fines, costs of trial, amounts paid in settlement, and reasonable expenses, including attorney's fees, actually and necessarily incurred or imposed as a result of such action or proceeding or any appeals thereof, imposed upon or asserted against him or her by reason of being or having been such a Trustee or officer acting within the scope of his or her official duties. Trustees and officers may rely as to all questions of law, including taxes or legislation, on the advice of legal counsel. The right of indemnification herein provided shall be in addition to any and all rights to which any Trustee or officer of The Foundation might otherwise be entitled, and the provisions hereof shall neither impair nor adversely affect such rights.

## ARTICLE VIII
## AMENDMENTS TO BYLAWS

**Section 1.**
**Voting.**   These Bylaws may be amended at any meeting of the Board of Trustees by majority of the Trustees then serving.

8

**Section 2.**

**Notice.**  An amendment to be proposed at a meeting, or the substance thereof, shall be included with the notices of such meeting. An amendment so made shall be effective immediately after adoption unless an effective date is specifically adopted at the time the amendment is enacted.

## ARTICLE IX
## FISCAL YEAR

The fiscal year of The Foundation shall be the calendar year.

## ARTICLE X
## PARLIAMENTARY PROCEDURE

Robert's Rules of Order newly revised latest edition shall govern the deliberations of all meetings of the Board of Trustees and all other standing committees, special committees, and subcommittees.

ATTEST: _/s/ Thomas H. King_
Name: Thomas H. King
Title: President

DATE: 12/14/2024

9