IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL RIFLE ASSOCIATION OF AMERICA, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> THE NRA FOUNDATION, INC., *sued as* NRA FOUNDATION, INC. <br><br> *Defendant*. | Civil Action No. 1:26-cv-00015 (SLS) |

### [PROPOSED] ORDER

Upon consideration of Defendant The NRA Foundation, Inc.'s Motion to Dismiss Plaintiff's Complaint ("Motion"), including the accompanying exhibits, which are appropriate for review under Rules 12(b)(1) and/or 12(b)(6), the response, if any, of Plaintiff National Rifle Association of America, Inc. ("NRA"), and any reply thereto, and for good cause shown, it is hereby:

**ORDERED** that the Motion is **GRANTED**.

It is further **ORDERED** that the NRA's Complaint (ECF No. 1) and all claims therein is **DISMISSED** with **PREJUDICE**.

**SO ORDERED.**

Dated: _____         BY THE COURT:

_____
Judge Sparkle L. Sooknanan
United States District Judge