**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| NATIONAL RIFLE ASSOCIATION OF AMERICA, INC., | |
| Plaintiff, | **Case No.: 1:26-cv-00015 (SLS)** |
| v. | |
| NRA FOUNDATION, INC., | |
| Defendant. | |

**PLAINTIFF NATIONAL RIFLE ASSOCIATION OF AMERICA'S**
**NOTICE REGARDING AMENDED COMPLAINT**

Plaintiff National Rifle Association of America, Inc. ("Plaintiff" or "NRA"), by and through its attorneys, hereby files this Notice in accordance with this Court's Order of February 17, 2026, ordering NRA "to file a notice by February 23, 2026, that states whether the Plaintiff intends to amend its 1 Complaint in light of the 17 Motion to Dismiss."

Accordingly, NRA hereby states that it will file an Amended Complaint on or before March 6, 2026 as a matter of course pursuant to Federal Rule of Civil Procedure 15(a)(1)(B).

February 23, 2026

Respectfully submitted,

*/s/ Andrew M. Grossman*
Andrew M. Grossman (D.C. Bar No. 985166)
Mark W. DeLaquil (D.C. Bar No. 493545)
Mark H. Tidman (D.C. Bar No. 441310)
**BAKER & HOSTETLER LLP**
1050 Connecticut Avenue, Suite 1100
Washington, D.C. 20036
Phone: 202.861.1500
Email: agrossman@bakerlaw.com

*Counsel for Plaintiff NATIONAL RIFLE*
*ASSOCIATION OF AMERICA*

1