**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL RIFLE ASSOCIATION OF AMERICA, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> THE NRA FOUNDATION, INC., *sued as*, NRA FOUNDATION, INC. <br><br> *Defendant*. | Civil Action No. 1:26-cv-00015 (SLS) |

## <u>DECLARATION OF MARY E. GATELY</u>

I, Mary E. Gately, declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am counsel for Defendant The NRA Foundation, Inc. ("Foundation") in the above-captioned matter. I have personal knowledge of the matters stated below or have based my knowledge on my review of the case files.

2. This Declaration is being submitted concurrently with the Foundation's Motion to Dismiss the Plaintiff National Rifle Association's ("NRA") Amended Complaint and Memorandum of Points and Authority in Support ("Motion").

3. Exhibit 1 to the Motion is a true and correct copy of the Foundation's Articles of Incorporation, dated July 11, 1990, which are expressly referenced in paragraph 33 of the Complaint. The Articles of Incorporation include a letter from the NRA consenting to the Foundation's use of "NRA" in the name "The NRA Foundation, Inc."

4. Exhibit 2 to the Motion is a true and correct copy of the Foundation's Form 1023, Application for Recognition of Exemption Under 501(c)(3) to the Department of the Treasury,

dated November 30, 1990, which is among the organizational documents that formed the Foundation as a nonprofit corporation. The Foundation's Articles of Incorporation, including the letter from the NRA consenting to use of "NRA" in the name "The NRA Foundation, Inc.," have been omitted from the Form 1023 attached as Exhibit 2 for brevity.

5.      Exhibit 3 to the Motion is a true and correct copy of the April 17, 1991 IRS Designation Letter to the Foundation, confirming the Foundation's tax-exempt status as a 501(c)(3) charitable corporation.

6.      Exhibit 4 to the Motion is a true and correct copy of the Foundation's 2024 Annual Report, showing its restricted and unrestricted assets. The 2024 Annual Report is expressly referenced in paragraphs 45 and 46 of the Complaint.

7.      Exhibit 5 to the Motion is a true and correct copy of the 2026 Grant Agreement between the Foundation and the NRA, which includes the terms of grants to the NRA that are funded by the Foundation. Those terms are referenced in paragraph 78 of the Complaint.

8.      Exhibit 6 to the Motion is a true and correct copy of the Second Amended Complaint, which was attached as Exhibit A to the Attorney General for the District of Columbia's Opposed Motion for Leave to Amend Complaint filed on September 8, 2022 in *District of Columbia v. NRA Foundation, Inc.*, No. 2020 CA 003454 B (D.C. Super. Ct.).  The Motion was granted by the Court on July 16, 2021.

9.      Exhibit 7 to the Motion is a true and correct copy of the Consent Judgment, dated April 22, 2024, entered into by the Attorney General for the District of Columbia, the NRA, and the Foundation in *District of Columbia v. NRA Foundation, Inc.*, No. 2020 CA 003454 B (D.C. Super. Ct.).

10.     Exhibit 8 to the Motion is a true and correct copy of the Foundation's Bylaws, as amended on August 23, 2024. The Foundation's Bylaws are referenced or discussed in paragraphs 32, 33, and 60–67 of the Complaint.

11.     Exhibit 9 is a true and correct copy of the Foundation's Articles of Amendment, confirming that the Foundation amended Article 10 of its Articles of Incorporation to provide that "The Board of Trustees shall fix the authorized number of Trustees in accordance with the Bylaws."

12.     Exhibit 10 is a true and correct copy of the Resolutions of the Board of Trustees of the Foundation, dated March 2, 2026, confirming the Foundation Board of Trustees' ratification, confirmation, and approval of "all actions taken and things done by the Board of Trustees since incorporation and organization, as those actions and things appear of record, including without limitation all actions taken and votes held by the Board of Trustees, . . . including without limitation all amendments to the articles of incorporation and the bylaws[.]"

13.     Exhibit 11 is a true and correct copy of a January 23, 2026 article titled *Friends Dinners – What Now*, which is publicly available online and was downloaded from https://onlygunsandmoney.com/?p=35960 on February 9, 2026.

14.     Exhibit 12 is a true and correct copy of the Foundation's Certificate of Good Standing as a domestic nonprofit corporation in the District of Columbia issued by the District of Columbia Department of Licensing and Consumer Protection.

15.     I declare under penalty of perjury that the foregoing is true and correct.


Dated this 19th day of March 2026.

_____
Mary E. Gately