# EXHIBIT 10

# RESOLUTIONS

## OF THE BOARD OF TRUSTEES

## OF

## THE NRA FOUNDATION, INC.

The Trustees of The NRA Foundation, Inc., a District of Columbia nonprofit corporation (the "**Corporation**"), at a meeting of the Board called and conducted in accordance with the District of Columbia Nonprofit Corporation Act of 2010 (the "**District of Columbia Law**"), adopted the following recitals and resolutions, on March 2, 2026:

**Whereas**, since the Corporation's incorporation and organization, the Corporation's Board of Trustees has taken certain actions in furtherance of the Corporation's charitable and nonprofit purposes ("Actions"); and

**Whereas**, the Board desires to ratify, confirm, and approve all those Actions;

**Now, therefore, it is**:

### Ratifications of Prior Actions

**Resolved, further**: that the Board of Trustees hereby ratifies, confirms, and approves in all respects as Actions of the Board of Trustees the following: all actions taken and things done by the Board of Trustees since incorporation and organization, as those actions and things appear of record, including without limitation all actions taken and votes held by the Board of Trustees, in good faith and in the reasonable belief that the actions were or would be in the Corporation's best interests, including without limitation all amendments to the articles of incorporation and the bylaws, including with regard to the authorized number of trustees, whether or not those meetings was properly called, whether or not notice was given to every person to whom it was due, whether or not a quorum was present, whether or not the actions were taken and votes were approved by the requisite number of trustees, whether or not trustees were properly elected and qualified, and whether or not the actions and votes were otherwise irregular; and

### General Authority

**Resolved, further**: that the Board of Trustees hereby authorizes and directs the Corporation's appropriate officers, employees, and agents to take any further actions that are necessary or advisable to carry out the purposes of the foregoing resolution, including without limitation filing of a copy of these resolutions with the Board's meeting records.

\* \* \* \* \*

I certify that the preceding resolutions were adopted by a majority of the trustees present at a meeting of the Board of Trustees of The NRA Foundation, Inc. at which a quorum was present, held on March 2, 2026.

Name: Ruthann M. Sprague

Title: Secretary