# EXHIBIT 11

  



UNCATEGORIZED

# Friends Dinners – What Now

 January 23, 2026     by John Richardson      11 Comments

With the lawsuit filed by the NRA against the NRA Foundation, there have been many questions regarding the Friends of NRA dinners. As most know, traditionally 50% of the monies raised stay within the state for state projects such as youth shooting, training and education, and other charitable projects. The other 50% would be sent to the NRA Foundation to support the NRA's non-political activities such as youth programs, women's programs, education, training, and competition. As of the February 1st, where that latter 50% goes will be changed. Instead of going to the NRA Foundation which has been slow walking grant requests among other things, it will go to new and existing NRA 501(c)3 affiliates. This includes the new NRA Patriots Fund that is being incorporated in West Virginia.

NRA EVP Doug Hamlin released a long statement on Wednesday regarding the details of this. The bottom line is that Friends dinners will continue as they should but the money will no longer be sent to the NRA Foundation which has been captured by the Old Guard aka Friends of Wayne.

The statement is below:

*Dear All,*

*I write today to explain some changes that are being made to the Friends of NRA program. As you may know, the NRA Foundation has recently attempted to separate itself from the NRA and has slashed its support for NRA programs, including the NRA's competitive shooting programs, educational programs, and law- enforcement programs. The NRA has filed a lawsuit to stop the Foundation from dishonoring the intent of the millions of Americans who contributed to the Foundation to support these and other NRA programs and to return the Foundation to its historical role. As a result of the Foundation's actions, some details of the Friends of NRA program will be changing, but I want to assure you that the fundamental structure of the program will remain the same.*

*On December 30, the Foundation informed the NRA of its decision to end direct Foundation funding for the Friends of NRA program. As a result of that decision, the NRA was forced to lay off a number of valued and capable field representatives and staff. That was gut-wrenching. But make no mistake: the Friends of NRA program will continue stronger than ever, with some necessary changes.*

*One thing that will not change is the NRA's commitment to donor intent. Supporters of Friends of NRA as well as all those who donate their hard-earned money to this association intend their contributions to be used to continue to preserve and promote the shooting sports and provide the highest-quality education and training programs. The NRA will never waver in honoring our donors' intent to use their contributions as efficiently and effectively as we can.*

*What will change are some of the financial details. By law, all deductible contributions to 501(c)(3) organizations are within the discretion and control of the 501(c)(3), which is why it is so important for the 501(c)(3) to be a trustworthy and good-faith partner of the NRA. Beginning February 1, 2026, funds raised through the Friends of NRA program will be directed to the NRA's other 501(c) (3) affiliates like the new NRA Patriot Fund or NRA Freedom Action Foundation. As before, these*

*501(c)(3) affiliates will reserve half of all net proceeds for grant distribution to qualified programs at the local level. They will use the remaining fifty percent to fund national NRA programs and operations. Your field representative will be in touch with you with more details soon.*

*We will be working together diligently to make this transition as straightforward as possible. Our priorities in this process are:*

1. *Provide information about the NRA organizations and bank accounts*
2. *Activate online sales portals*
3. *Apply for gaming permits where necessary*
4. *Acquire merchandise and develop fulfillment processes for events*

*This transition reflects our unwavering commitment to transparency, accountability, and the responsible stewardship of donor contributions. By strengthening the structure through which Friends of NRA funds are managed and distributed, we will ensure continued support for vital programs at both the state and national levels. We appreciate the continued trust and dedication of our volunteers and supporters as we work together to preserve freedom and the shooting sports for generations to come.*

*Please contact friends@nrahq.org with any questions. Thank you for your commitment to the NRA and in preserving freedom for future generations.*

*Doug Hamlin*
*EVP/CEO*
*National Rifle Association*

**135**
Shares

Share



Tags:  ( DOUG HAMLIN )  ( FRIENDS OF THE NRA DINNERS )  ( NRA V NRA FOUNDATION )

← NRA Ballots Are
Arriving

DSC Carolinas
Foundation Gala –
Canceled. →

## AUTHOR



## JOHN RICHARDSON

## YOU MIGHT ALSO LIKE

A Brief History Of Rye Whiskey

July 13, 2019

Rights Watch Files Park Carry Suit Against Winston-Salem

January 17, 2013

Ammunition Background Check Act

January 9, 2013

## 11 thoughts on "Friends Dinners – What Now"

 **Old+NFO** says:

January 24, 2026 at 2:51 am

That is good news!

 **Diamondback** says:

January 24, 2026 at 4:29 am

Good. Somebody was thinknig along the same lines as I was, "stand up a replacement 501c3 and jettison the old."

Next thing is Clawback... then once we're back on an even keel get out of NY.

---

 **Heresolong** says:

January 24, 2026 at 3:22 pm

I've never attended one, but good.

---

 **Bitter** says:

January 24, 2026 at 9:06 pm

Glad to hear of the changes happening so quickly. I hope the CRDF will be considered, too. They already have a structure that would be easy to set 50% aside for national cases & 50% aside for state cases. Or maybe even set those up based on federal circuits rather than only states – if a case reaches the level of appeal where the outcome will impact your state, the funds from your state could go to support it.

I hope the divisions that have been cut off and have a path to generating revenue start taking the need for them to actually get the revenue coming in seriously.

---

 **Linn Laage** says:

January 25, 2026 at 5:50 pm

Well done!
Do you have a list of the " NRA's other 501(c)(3) affiliates "? Is this roster under development? Thank you.

 **John Richardson** says:

January 25, 2026 at 10:30 pm

As far as I know it includes these:

NRA Freedom Action Fund which will fund 2A litigation and non-partisan voter registration
NRA Civil Rights Defense Fund which funds 2A litigation, 2A scholarship, and certain individual cases.
Special Contribution Fund (Whittington Center) which goes to operate the Whittington Center

I'm not sure about a small foundation called the American Firearms & Shooting Foundation. It gives out small scholarships and has the same address as the NRA.

The new foundation being set up in West Virginia is the NRA Patriots Fund which will be the new "bank account" for Friends of the NRA dinners starting February 1st.

 **Richard** says:

January 26, 2026 at 1:52 pm

Did anyone else besides Yuri Bezmenov and me notice the NRA's youth art contest. All of the winners had Asian names. Struck me as very odd just on demographic grounds and the demography of NRA affiliated people makes it even stranger.

 **John Richardson** says:

January 26, 2026 at 11:50 pm

I didn't. I had to go back and view the winners.

I can't account for what so many of the winners had Asian names but I will say they are darn good artists.

 **Bitter** says:

January 27, 2026 at 2:06 pm

Without regard to any race, that contest is going to be biased toward education communities with art teachers who realize it's an amazing assignment to give students and then they can encourage them to enter the contest. Just like any contest run by organizations large and small – it's based on which teachers are willing to share the opportunities more than anything. With this one, you need teachers who are willing to say, "I don't care about the other stuff associated with NRA work, submitting an entry into their art contest about animals isn't making a political statement."

Essay contests done by another group I'm in are frequently won by homeschoolers not because they are inherently better, but because those communities share the opportunities and they are willing to issue those kinds of topics as assignments that are then submitted after grading. When I was growing up, a disproportionate number of winners of a regional contest were won by students of my town. Were we any better? Nope. We had a teacher who made the work for it an assignment and then she handed the contest entry forms out after she finished grading them. Those who wanted a chance at the prize money for an assignment you already finished could fill it out, turn it in, and she would mail in the entries. I would say she structured about 60% of her senior class work around scholarship essay opportunities. You don't find many public school teachers like that anymore. I find that sometimes private school teachers are more willing to do it, but not a ton.

**John Richardson** says:

January 27, 2026 at 8:24 pm

It was kind of like that in my high school. If there was a test or exam that could get you a scholarship, we took it. That is how I got to be a state semi-finalist in the Betty Crocker Family Living Scholarship program. A classmate's older sister had won it and used it for a degree in microbiology.

The funny thing is that years later I'm a financial planner and I find out most of financial planning degree programs especially in the Mid-West are in the schools or departments of family science aka what used to be called "Home Ec".

 **Bitter** says:

January 28, 2026 at 5:04 pm

My English teacher was great at introducing small government ideas through these things. She made an extra credit assignment reading an Ayn Rand short story (thank goodness for small miracles in Anthem being relatively short) and essay that could be used for a contest. She encouraged me to do it separately even thought I had a high A because she thought I would like it. I did, even though I didn't win the contest. Still, it was funny that the next big contest that was a main assignment was a DAR essay contest with a topic that year on public education. I might have written in favor of practically abolishing it in its current form because I was in a certain mood after Rand. 🤣 Yeah, I didn't win that one either. But I did get an A.

## Comments are closed.

SEARCH … 🔍

## Recent Posts

> DSC Convention Starts Friday
> Knives Of SHOT Show
> It Is Time To Vote (Updated)
> SHOT Show Swag
> DSC Carolinas Foundation Gala – Canceled.

## Recent Comments

> Old+NFO on > Knives Of SHOT Show

> Heresolong on › It Is Time To Vote (Updated)

> Heresolong on › It Is Time To Vote (Updated)

> Bitter on › It Is Time To Vote (Updated)

> Heresolong on › SHOT Show Swag

## Archives

> February 2026

> January 2026

> December 2025

> November 2025

> October 2025

> September 2025

> August 2025

> July 2025

> June 2025

> May 2025

> April 2025

> March 2025

> February 2025

> January 2025

> December 2024

> November 2024

> October 2024

> September 2024

> August 2024

> July 2024

> June 2024

> May 2024

> April 2024

> March 2024

> February 2024

- January 2024
- December 2023
- November 2023
- October 2023
- September 2023
- August 2023
- July 2023
- June 2023
- May 2023
- April 2023
- March 2023
- February 2023
- January 2023
- December 2022
- November 2022
- October 2022
- September 2022
- August 2022
- July 2022
- June 2022
- May 2022
- April 2022
- March 2022
- February 2022
- January 2022
- December 2021
- November 2021
- October 2021
- September 2021
- August 2021
- July 2021
- June 2021

- May 2021
- April 2021
- March 2021
- February 2021
- January 2021
- December 2020
- November 2020
- October 2020
- September 2020
- August 2020
- July 2020
- June 2020
- May 2020
- April 2020
- March 2020
- February 2020
- January 2020
- December 2019
- November 2019
- October 2019
- September 2019
- August 2019
- July 2019
- June 2019
- May 2019
- April 2019
- March 2019
- February 2019
- January 2019
- December 2018
- November 2018
- October 2018

> September 2018
> August 2018
> July 2018
> June 2018
> May 2018
> April 2018
> March 2018
> February 2018
> January 2018
> December 2017
> November 2017
> October 2017
> September 2017
> August 2017
> July 2017
> June 2017
> May 2017
> April 2017
> March 2017
> February 2017
> January 2017
> December 2016
> November 2016
> October 2016
> September 2016
> August 2016
> July 2016
> June 2016
> May 2016
> April 2016
> March 2016
> February 2016

- January 2016
- December 2015
- November 2015
- October 2015
- September 2015
- August 2015
- July 2015
- June 2015
- May 2015
- April 2015
- March 2015
- February 2015
- January 2015
- December 2014
- November 2014
- October 2014
- September 2014
- August 2014
- July 2014
- June 2014
- May 2014
- April 2014
- March 2014
- February 2014
- January 2014
- December 2013
- November 2013
- October 2013
- September 2013
- August 2013
- July 2013
- June 2013

- May 2013
- April 2013
- March 2013
- February 2013
- January 2013
- December 2012
- November 2012
- October 2012
- September 2012
- August 2012
- July 2012
- June 2012
- May 2012
- April 2012
- March 2012
- February 2012
- January 2012
- December 2011
- November 2011
- October 2011
- September 2011
- August 2011
- July 2011
- June 2011
- May 2011
- April 2011
- March 2011
- February 2011
- January 2011
- December 2010
- November 2010
- October 2010

❯ September 2010

❯ August 2010

❯ July 2010

❯ June 2010

❯ May 2010

## Categories

❯ Uncategorized

## Meta

❯ Log in

❯ Entries feed

❯ Comments feed

❯ WordPress.org

## No Lawyers – Only Guns and Money RSS Feed

## LET'S KEEP IN TOUCH!

We'd love to keep you updated with our latest news and offers 😎

What's your first name?

And your last name?

Email Address *

Keep me posted!

We don't spam! Read our **privacy policy** for more info.



## TAGS

2025 NRA Board Elections  Alan Gura  ATF  Barack Obama  BATFE  Brady Campaign  California  CCRKBA  Chicago  Colorado  concealed carry  contests  CSGV  Eric Holder  Everytown for Gun Safety  Firearms Policy Coalition  Grass Roots North Carolina  GRNC  gun control  gun rights  humor  illinois  ISRA  MAIG  Michael Bloomberg  NICS checks  North Carolina  North Carolina General Assembly  NRA  NRA-ILA  NRA Board of Directors  NRA News  NSSF  Project Gunwalker  Quote of the Day  Rep. Darrell Issa  Ruger  Second Amendment  Second Amendment Foundation  State of New York v. NRA et all  stupidity  Supreme Court  training tips  Wayne LaPierre  William Brewer III

# AS AN AMAZON ASSOCIATE I EARN FROM QUALIFYING PURCHASES.

Indie free Minimalist WordPress Theme developed by Template Express © 2026

