**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL RIFLE ASSOCIATION OF AMERICA, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> THE NRA FOUNDATION, INC., *initially sued as* NRA FOUNDATION, INC. <br><br> *Defendant*. | Civil Action No. 1:26-cv-00015 (SLS) |

**[PROPOSED] ORDER**

Upon consideration of Defendant The NRA Foundation, Inc.'s Motion to Dismiss Plaintiff's Amended Complaint ("Motion"), including the supporting Memorandum of Points and Authority and accompanying exhibits, which are appropriate for review under Rules 12(b)(1) and/or 12(b)(6), the response, if any, of Plaintiffs National Rifle Association of America, Inc. ("NRA"), William Bachenberg, and Douglas Hamlin (collectively, "Plaintiffs"), and any reply thereto, and for good cause shown, it is hereby:

**ORDERED** that the Motion is **GRANTED**.

It is further **ORDERED** that the Amended Complaint (ECF No. 19), including all claims therein, is **DISMISSED** with **PREJUDICE**.

**SO ORDERED.**

Dated: _____          **BY THE COURT:**

_____
Judge Sparkle L. Sooknanan
United States District Judge