**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| NATIONAL RIFLE ASSOCIATION OF AMERICA, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> THE NRA FOUNDATION, INC., *initially sued as*, NRA FOUNDATION, INC. <br><br> *Defendant*. | Civil Action No. 1:26-cv-00015 (SLS) |

**DECLARATION OF MARY E. GATELY**

I, Mary E. Gately, declare pursuant to 28 U.S.C. § 1746 as follows:

1.      I am counsel for Defendant The NRA Foundation, Inc. ("Foundation") in the above-captioned matter.  I have personal knowledge of the matters stated below or have based my knowledge on my review of the case files.

2.      This Declaration is being submitted concurrently with the Foundation's Reply in Support of its Motion to Dismiss the Plaintiff National Rifle Association of America, Inc.'s ("NRA") Amended Complaint.

3.      Exhibit 1 is a true and correct copy of the email exchange between Christopher Oprison, counsel for the Foundation, and Plaintiff Douglas Hamlin, on which I was copied, wherein Mr. Oprison notified Plaintiff Hamlin of the August 23, 2024 Foundation Board meeting and attached the proposed amendments to the Bylaws to be voted on at the meeting, and wherein Mr. Hamlin responded that he was "OK with [them]."

4.      Exhibit 2 is a true and correct copy of the Foundation Bylaws as amended March 13, 2007.

5.      I declare under penalty of perjury that the foregoing is true and correct.

Dated this 24th day of April 2026.

_Mary E. Gately_

_____
Mary E. Gately