# EXHIBIT 1

| | |
|---|---|
| **From:** | Hamlin, Douglas <DHamlin@nrahq.org> |
| **Sent:** | Friday, August 23, 2024 11:04 AM |
| **To:** | Oprison, Chris |
| **Cc:** | Tom King; ronnie.barrett@barrettgroup.net; Gately, Mary |
| **Subject:** | Re: NRAF - TIME CHANGE Special Board Meeting Notice (August 23, 2024) (PRIVILEGED/CONFIDENTIAL) |

⚠️ EXTERNAL MESSAGE

Chris,
I tried logging in to Teams...unsuccessfully.


Doug Hamlin
EVP/CEO
National Rifle Association



On Aug 23, 2024, at 2:32 AM, Oprison, Chris <chris.oprison@us.dlapiper.com> wrote:


Doug – understood and that is precisely what the Foundation is set up to do for the NRA – support its c3 programs and activities in the most appropriate way.  Needs of the NRA may change over time, as you know, as will financial capacity of the Foundation.  But, the fundamental mission of the Foundation is to support the NRA's c3 programs and activities.  The ability of the NRA and Foundation to confer about the NRA's needs should actually be more transparent and the transactions more externally defensible with the changes brought about by the new policies and agreements recently approved by the Foundation in furtherance of the consent decree with the DCAG. Nothing in the Bylaws is intended to impede your ability to communicate the funding needs of the NRA.  The objective was to merely strengthen the process, make them more transparent, shore up internal governance and, hopefully, develop sufficient controls in place to avoid future lawfare enforcement actions by over-politicized state AGs.  I have talked with Tom and Ronnie also about working on additional compliance fixes for the Foundation and maintaining a dynamic view of what it means to have effective internal controls.  The NRA and Foundation are supremely important organizations for so many reasons and not only need to survive but thrive.  Happy to chat with you about that at some point.

Chris


### Christopher George Oprison
Partner

| | |
|---|---|
| T  +1 305 423 8522 | **DLA Piper LLP (US)** |
| F  +1 305 657 6366 | 200 South Biscayne Boulevard |
| M  +1 202 664 6543 | Suite 2500 |
| chris.oprison@us.dlapiper.com | Miami, FL  33131-5341 |

1

 <image002.png>                    dlapiper.com

---

**From:** Hamlin, Douglas <DHamlin@nrahq.org>
**Sent:** Thursday, August 22, 2024 7:42 PM
**To:** Oprison, Chris <chris.oprison@us.dlapiper.com>
**Cc:** Tom King <tomkingnra@gmail.com>; ronnie.barrett@barrettgroup.net; Gately, Mary <mary.gately@us.dlapiper.com>
**Subject:** Re: NRAF - TIME CHANGE Special Board Meeting Notice (August 23, 2024) (PRIVILEGED/CONFIDENTIAL)

⚠️ EXTERNAL MESSAGE

Chris,
As long as I can still make recommendations/requests regarding additional funding for education and training and youth programs, etc., within general operations, I'm OK with it. Our programs have been slashed so dramatically with our court expenses we are losing opportunities to connect at the grass roots level in the USA.

Doug Hamlin
EVP/CEO
National Rifle Association of America

> On Aug 22, 2024, at 3:58 PM, Oprison, Chris <chris.oprison@us.dlapiper.com> wrote:
>
> Doug – the objective as presented to us in preparing the proposed amendments was to protect the Foundation. There continues to be an affiliation between it and the NRA, which as we indicated to the DCAG is entirely appropriate and constitutional. This is evidenced by the fact that the President of the NRA remains an ex officio member of the Foundation Board. Another strong affiliation factor (perhaps the most important) is that the Foundation's purpose, as stated in its charter, remains the support of the NRA's charitable programs which it will continue to do. For internal governance purposes, however, members of the Board felt that these changes would better protect the Foundation and facilitate rather than impede arms length transactions with the NRA.
>
> Happy to discuss. I am in the car for the next few hours headed to Daytona for the race this weekend but feel free to give me a call on my cell.
>
> Chris

**Christopher George Oprison**
Partner

---

T  +1 305 423 8522          **DLA Piper LLP (US)**
F  +1 305 657 6366          200 South Biscayne Boulevard
M  +1 202 664 6543          Suite 2500
chris.oprison@us.dlapiper.com   Miami, FL  33131-5341

<image001.png>

dlapiper.com

---

**From:** Hamlin, Douglas <DHamlin@nrahq.org>
**Sent:** Thursday, August 22, 2024 2:43 PM
**To:** Oprison, Chris <chris.oprison@us.dlapiper.com>
**Cc:** Tom King <tomkingnra@gmail.com>; ronnie.barrett@barrettgroup.net; Gately, Mary <mary.gately@us.dlapiper.com>
**Subject:** Re: NRAF - TIME CHANGE Special Board Meeting Notice (August 23, 2024) (PRIVILEGED/CONFIDENTIAL)

⚠ EXTERNAL MESSAGE

Chris,
Is this to further separate the C3 and C4 to show independence from NRA? Or was that not a factor in this change.

Doug Hamlin
EVP/CEO
National Rifle Association of America

On Aug 22, 2024, at 12:57 PM, Oprison, Chris <chris.oprison@us.dlapiper.com> wrote:

You don't often get email from chris.oprison@us.dlapiper.com. Learn why this is important

Doug – yes, per the proposed edits to Article III, Section 1(D) we received, the President of the NRA will remain an Ex Officio member but with no voting powers, while the NRA EVP is no longer an Ex Officio member of the Board.

Chris

**Christopher George Oprison**
Partner

---

T  +1 305 423 8522          **DLA Piper LLP (US)**
F  +1 305 657 6366          200 South Biscayne Boulevard

3

M  +1 202 664 6543
chris.oprison@us.dlapiper.com

Suite 2500
Miami, FL  33131-5341

<image002.png>

dlapiper.com

---

**From:** Hamlin, Douglas <DHamlin@nrahq.org>
**Sent:** Thursday, August 22, 2024 8:46 AM
**To:** Oprison, Chris <chris.oprison@us.dlapiper.com>
**Cc:** Tom King <tomkingnra@gmail.com>;
ronnie.barrett@barrettgroup.net; Gately, Mary
<mary.gately@us.dlapiper.com>
**Subject:** RE: NRAF - TIME CHANGE Special Board Meeting Notice
(August 23, 2024) (PRIVILEGED/CONFIDENTIAL)

⚠ EXTERNAL MESSAGE

Chris,
I see  the proposed by-laws change shows the EVP/CEO of the NRA
is being removed from the Foundation Board as an Ex Officio
member with full voting rights. Did I read that correctly.?

---

**From:** Oprison, Chris <chris.oprison@us.dlapiper.com>
**Sent:** Wednesday, August 21, 2024 6:41 PM
**To:** Hamlin, Douglas <DHamlin@nrahq.org>
**Cc:** Tom King <tomkingnra@gmail.com>;
ronnie.barrett@barrettgroup.net; Gately, Mary
<mary.gately@us.dlapiper.com>
**Subject:** FW: NRAF - TIME CHANGE Special Board Meeting Notice
(August 23, 2024) (PRIVILEGED/CONFIDENTIAL)
**Importance:** High

You don't often get email from chris.oprison@us.dlapiper.com. Learn why this is important

Doug – Tom asked that I send along the attached calendar invite to
you for this Friday's special meeting of the Foundation.  See
attached.

The attachments to the calendar invite show proposed amendments
to the Bylaws and Articles of Incorporation to be discussed at the
meeting.

Please reach out with any questions or if you are unable to access
the calendar invite and attachments.  Thanks

Chris

4

## Christopher George Oprison
Partner

| | |
|---|---|
| T +1 305 423 8522 | **DLA Piper LLP (US)** |
| F +1 305 657 6366 | 200 South Biscayne Boulevard |
| M +1 202 664 6543 | Suite 2500 |
| chris.oprison@us.dlapiper.com | Miami, FL 33131-5341 |

<image001.png>

dlapiper.com

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.