# EXHIBIT 2

# BYLAWS
# OF
# THE NRA FOUNDATION, INC.
**(As Amended on March 13, 2007)**

# ARTICLE I

# PRINCIPAL OFFICE AND REGISTERED OFFICE AND AGENT

**Section 1.**

**Principal Office.**    The principal office of The NRA Foundation, Inc., a nonprofit corporation incorporated under the laws of the District of Columbia (the AFoundation@), shall be in the State of Virginia.

**Section 2.**

**Other Offices.**    The Foundation may have such other office or offices, within or without the State of Virginia, at such suitable place or places designated from time to time by the Board of Trustees of The Foundation.

**Section 3.**

**Registered Office and Agent.**    The Foundation shall have and continuously maintain a registered office in the District of Columbia, and the Board of Trustees of the Foundation shall appoint and continuously maintain in service a registered agent in the District of Columbia, who shall be an individual resident of the District of Columbia, or a corporation, whether for-profit or not-for-profit.

1

# ARTICLE II
# MEMBERSHIP

The Foundation shall have no members.

# ARTICLE III
# TRUSTEES

**Section 1.**

**Number, Election and Term of Office.**

**A.** The governing board of the Foundation shall be referred to as the Board of Trustees. The initial Board of Trustees of the Foundation shall be composed of the individuals named in the Articles of Incorporation of The Foundation.

**B.** Each Trustee, other than a Trustee who serves in an ex officio capacity, shall hold office for a term of three years and until his or her successor is duly elected and qualified or until his or her earlier resignation, or removal from office or death in office. Trustees may be elected for consecutive terms, but no Trustee may be reelected if he or she has served continuously for six years, however, may be considered for reelection to the Board of Trustees of The Foundation after a one-year absence.

**C.** Trustees, other than a Trustee who serves in an ex officio capacity, shall be elected by the Board of Directors of the National Rifle Association of America (ANRA@) at the first meeting of the NRA Board of Directors immediately following the annual meeting of the NRA members, unless otherwise required to fill a vacant seat prior to that meeting by the NRA Board of Directors. All current and future trustees shall fill their terms for the number of terms elected with the provision that in the year such terms will normally expire, the expiration date will coincide with the first meeting of the NRA Board of Directors following the annual meeting of

2

the NRA members.

**D.**     At all times, the majority of the members of the Board of Trustees of The Foundation shall be Directors of the NRA.  The remaining members of the Board of Trustees of The Foundation shall be persons who are members of the NRA and, to the extent possible, be persons of outstanding national prominence.  The Executive Vice President of the NRA shall be an ex officio Trustee of The Foundation with full powers.  It is intended that, at all times, the composition of the Board of Trustees of The Foundation reflect the broadest possible diversity in terms of professions, skills and interests.

**E.**     Any Trustee, by notice in writing to the Board of Trustees, may resign at any time. A Trustee may be removed from office with or without cause prior to the expiration of his or her term by acting of the remaining Trustees at any regular special meeting.  Vacancies, as they occur, by resignation, removal, death, incapacity or the like of one or more trustees shall be filled, by act of the remaining Trustees, and any successor so elected shall serve for the balance of the term remaining at the time such vacancy occurs.

**F.**     Increases or decreases in the number of Trustees shall be made by an act of the Trustees. At no time, however, shall there be fewer than seven (7) or more than fourteen (14) Trustees. Appointment of additional Trustees to the Board may be made by the Board at any time to fill a vacancy, which occurs by reason of the increase in the number of Trustees by the Board.

**Section 2.**

**A.**     **Powers and Duties.**   The Trustees shall have general charge of the affairs, property and assets of the Foundation.   It shall be the duty of the Trustees to carry out the aims and purposes of the Foundation and, to this end, to engage and control all of its property and assets.

**B.**     The Board of Trustees may, in its discretion, charter such local or regional affiliates as deemed necessary to further the charitable aims and purposes of the Foundation.  However, no charter awarded or conferred under this section shall be construed to confer upon the chartered

3

organization the power to accept service of process on behalf of the NRA Foundation, Inc., or to initiate or defend any suit in the name of the NRA Foundation, Inc.  A clear statement of rights, privileges and responsibilities actually conferred upon the chartered organization shall be included on a suitable written instrument which shall be provided to the chartered organization as evidence of the Board=s action.

**Section 3.**

**Quorum: Voting.**    Except as other wise expressly provided in the Articles of Incorporation, these Bylaws, or applicable law; (a) each Trustee shall be considered for quorum purposes and shall be entitled to vote at any meeting of the Trustees; (b) to transact any business the Board must have a quorum of no less than five (5) Trustee members present; and 8 the vote of a majority of the Trustees present at a meeting at which a quorum is present shall constitute the action of the Board of Trustees.

**Section 4.**

**Meetings of Trustees.**        The Annual Meeting of the Board of Trustees of the Foundation shall be held immediately following, and in conjunction with the Annual Meeting of Members of the National Rifle Association of America.  Special meetings of the Board may be called by the President or upon the written request of two (2) Trustees addressed to the Secretary.

**Section 5.**

**Notice of Meetings of the Board of Trustees.**        Written notice of the date, time and place or each meeting of the Board of Trustees shall be given by the Secretary or the person or persons calling the meeting not more than sixty days or fewer than three days before the date of such meeting to each Trustee.  Subject to the terms of Article VIII, such notice need not specify the purpose of the meeting and may be given by any reasonable means.  Notice of any meeting shall be considered given if mailed or otherwise sent or delivered in writing to each Trustee at his or her address specified in the records of The Foundation.  The giving of notice shall be deemed to

be waived by any Trustee who shall attend and participate in such meeting without protesting, prior to or at the commencement of such meeting, the lack of proper notice and may be waived in writing, by any Trustee either before, at or after such meeting.

**Section 6.**

**Committees.**

**A.**    The Foundation shall have a Planned Giving Advisory Committee whose members shall be composed of persons, chose by the Board of Trustees of The Foundation, who are members of the NRA and who have professional expertise in the instruments and activities of charitable giving.  This would include lawyers, certified public accountants, certified trust officer, chartered life underwriters, investment bankers, MAI real estate appraisers, securities analysis, planned giving officers, fund-raisers, and members of similar professions.  The purpose of the Planned Giving Advisory Committee is to review, develop and recommend to the Board of Trustees for its consideration various fund-raising strategies, policies and programs

**B.**    The Board of Trustees, from time to time, may create one or more other committees and may delegate to any such committee any of its authority, provided, however, that such delegation is consistent with the laws of the District of Columbia.  Each such committee shall serve at the pleasure of the Board, shall act only in the intervals between meetings of the Board, shall be subject to the control and direction of the Board and shall report to the Board, as required; provided, however, that any third party shall not be adversely affected by relying upon any act by any such committee within the authority delegated to it.  Each such committee shall act by not less than a majority of the authorized number of its members.

**Section 7.**

**Action without a meeting.**    Any action which might be taken at any meeting of the Trustees (including, without limitation, any action provided for in Article THIRTEEN of the Articles of Incorporation) or at any meeting of a committee may be taken without such meeting by a writing or writings signed by all of the Trustees or all of the members of such committee, as the case may be.  The writing or writings evidencing such action shall be filed with the Secretary of The

Foundation and inserted in the permanent records relating to the meeting of the Trustees and committees.

**Section 8.**

**Meetings Held Through Communication Equipment.**    Meetings of the Board of Trustees or any committee of the Board may be held through communications equipment if all persons participating can communicate with each other and such participants shall constitute presence at such meeting.

# ARTICLE IV
# OFFICERS

**Section 1.**

**Election and Term**.   The officers of The Foundation shall consist of a President, Vice-President, Secretary, Treasurer, and Executive Director, and such other officers as the Trustees shall from time to time designate.  Other than the Executive Director, the officers shall be elected by the majority of the Board of Trustees and, but for the President, need not be members of the Board at the time of their election.  Officers, other than the Executive Director, shall hold office until the close of the next Annual Meeting of the Trustees following the election of such officers and until their successors are elected and qualified.  One person may hold more than one office, other than the offices of the President and Secretary.  The Executive Director of The NRA Foundation shall serve an indefinite term and shall assume such office by virtue of his or her appointment by the Executive Director of Advancement of the National Rifle Association of America.

**Section 2.**

**Duties.**The officers shall have such authority and shall perform such duties as are customarily incident to their respective offices and such other and further duties as are prescribed by these Bylaws and as may from time to time be required of them by the Trustees.

**Section 3.**

**Resignation.**            Any officer may resign at any time by giving written notice to the Board Of Trustees of The Foundation.  Such resignation shall take effect at the time specified therein, or, if no time is specified, at the time of acceptance thereof as determined by the Board.

**Section 4.**

**Removal.**      Any officer may be removed with or without cause by the Board of Trustees at any regular or special meeting of the Board.

**Section 5.**

**Vacancies.**      In the case of the resignation of an officer of The Foundation or, if for any other reason including ineligibility or removal, an officer is unable to complete his or her term, the Board of Trustees shall elect a successor to complete the unexpired term.

## ARTICLE V
## REPORTS TO NATIONAL RIFLE ASSOICIATION OF AMERICA

The Treasurer of The Foundation shall have prepared a certified audit of the Foundation's books and records of the close of business each year and shall furnish a copy to the Board of Trustees.  At the Annual Meeting of the NRA, next succeeding the presentation of the certified audit, the President shall present a copy of said audit to the President and Executive Vice President of the NRA and shall make available a copy thereof to any member of the Board of Directors of NRA.

## ARTICLE VI
## SEAL

The Board of Trustees of The Foundation may provide a corporate seal, which shall be in the form of a circle and shall have inscribed thereon the name of The Foundation and the words

7

"Corporate Seal, District of Columbia."

## ARTICLE VII
## INDEMNIFICATION

The Foundation shall indemnify each of its current and former Trustees and officers for the defense of civil or criminal actions or proceedings to the extent provided below and notwithstanding any other provisions in these Bylaws.   The Foundation shall indemnify each such Trustee and officer from and against any and all judgments, fines, amounts paid in settlement, and reasonable expenses, including attorney's fees, actually and necessarily incurred or imposed as a result of such action or proceeding or any appeal therein, imposed upon or asserted against him or her by reason of being or having been such a Trustee or officer and acting within the scope of his or her official duties, but only when the determination shall have been within the scope of his or her official duties, but only when the determination shall have been made judicially or in the manner herein provided that he or she acted in good faith for a purpose which he or she reasonably believed to be in or not opposed to the best interests of The Foundation and, in the case of a criminal action or proceeding, in addition, had no reasonable cause to believe that his or her conduct was unlawful.  If not judicially determined, this indemnification shall be made only if The Foundation shall be advised by its Board of Trustees, acting (1) by a quorum consisting of Trustees who are not parties to such action or proceeding upon a finding that the Trustees or officer has met the foregoing applicable standard of conduct, or (2) if a quorum under (1) is not obtainable with due diligence, upon the opinion in writing of independent legal counsel that the Trustee or officer has met such standard.  If the foregoing determination is to be made by the Board of Trustees, it may rely as to all questions of law on the advice of independent legal counsel.  The right of indemnification herein provided shall in addition to any and all rights to which any Trustee or officer of The Foundation might otherwise be entitled and provisions hereof shall neither impair nor adversely affect such rights.

## ARTICLE VIII
## AMENDMENTS TO BYLAWS

8

**Section 1.**

**Voting:**  These bylaws may be amended at any meeting of the Board of Trustees of The Foundation by majority of the Trustees then serving.

**Section 2.**

**Notice**:  An amendment to be proposed at a meeting, or the substance thereof, shall be included with the notices of such meeting given to the Trustees.  An amendment so made shall be effective immediately after adoption unless an effective date is specifically adopted at the time the amendment is enacted.

## ARTICLE IX
## FISCAL YEAR

The fiscal year of The Foundation shall be the calendar year.

ATTEST: Sandy S. Elkin, Secretary

DATE:  March 13, 2007

9