**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL RIFLE ASSOCIATION OF AMERICA, INC., WILLIAM BACHENBERG, AND DOUGLAS HAMLIN, <br><br> *Plaintiffs*, <br><br> v. <br><br> THE NRA FOUNDATION, INC., *initially sued as* NRA FOUNDATION, INC., <br><br> *Defendant*. | Civil Action No. 1:26-cv-00015 (SLS) |

**DEFENDANT THE NRA FOUNDATION, INC'S NOTICE OF NAME CHANGE**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendant The NRA Foundation, Inc. changed its name, effective May 29, 2026. The entity is now named **The 1791 Foundation, Inc.**

For purposes of future filings in this litigation, the entity will identify itself as "**The 1791 Foundation, Inc. (formerly known as The NRA Foundation, Inc.).**"

Dated: June 1, 2026

Respectfully submitted,

**DLA PIPER LLP**

*/s/ Mary E. Gately*
Mary E. Gately (D.C. Bar No. 419151)
500 Eighth Street NW
Washington, DC 20004
Tel: (202) 799-4507
Fax: (202) 799-5507
mary.gately@dlapiper.com

Christopher Oprison (D.C. Bar No. 489087)
200 S. Biscayne Blvd., Suite 2500
Miami, FL 33131
Tel: (305) 423-8522

1

Fax: (305) 657-6366
chris.oprison@dlapiper.com

Meagan D. Self (admitted *pro hac vice*)
1900 N. Pearl Street, Suite 2200
Dallas, Texas 75201
Tel: (214) 743-4556
Fax: (972) 813-6254
meagan.self@dlapiper.com

Marie Bussey-Garza
1650 Market Street
One Liberty Place, Suite 5000
Philadelphia, PA 19103
Tel: (215) 656-3300
Fax: (215) 656-3301
marie.bussey-garza@dlapiper.com

*Attorneys for Defendant The NRA
Foundation, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 1, 2026, I caused the foregoing document to be electronically filed using the Court's CM/ECF system, which will send notification of such filing to all current counsel of record.

*/s/ Mary E. Gately*
Mary E. Gately