**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| NATIONAL RIFLE ASSOCIATION OF AMERICA, INC., <br><br>  *Plaintiff*, <br><br>  v. <br><br> THE NRA FOUNDATION, INC., *initially sued as* NRA FOUNDATION, INC. <br><br>  *Defendant*. | Civil Action No. 1:26-cv-00015 (SLS) |

**UNOPPOSED MOTION TO EXTEND TIME FOR DEFENDANT THE 1791 FOUNDATION, FORMERLY KNOWN AS THE NRA FOUNDATION, TO ANSWER THE AMENDED COMPLAINT**

Defendant The 1791 Foundation, Inc., formerly known as The NRA Foundation, Inc. ("Foundation"), by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and Local Civil Rule 7(m), respectfully moves for a 14-day extension of time, up to and including July 22, 2026, within which to file its Answer to the surviving counts of Plaintiffs' the National Rifle Association of America, Inc. ("NRA"), William Bachenberg, and Douglas Hamlin (collectively, "Plaintiffs") Amended Complaint. Plaintiffs consent to the relief requested. In support, the Foundation states as follows:

1.  On March 6, 2026, Plaintiffs filed their Amended Complaint in this action. ECF No. 19.

2.  On March 20, 2026, the Foundation moved to dismiss the Amended Complaint. ECF No. 20.

3.  On June 24, 2026, the Court granted in part and denied in part the Foundation's Motion to Dismiss, dismissing the following claims in the Amended Complaint without prejudice for lack

1

of jurisdiction: Counts VI (third-party beneficiary breach of contract), VII (third-party beneficiary and settlor breach of trust), VIII (breach of implied contract), IX (promissory estoppel), X (unjust enrichment), XI (unauthorized diversion of charitable assets), and XII (ultra vires violations of organizing documents) (collectively, "D.C.-law claims"). The Court allowed Counts I (federal trademark infringement), II (false designation of origin and federal unfair competition), III (federal trademark dilution), IV (common-law trademark infringement and unfair competition), and V (cybersquatting) to proceed. ECF No. 30; *see also* Mem. Op., ECF No. 29.

4. Under Federal Rule of Civil Procedure 12(a)(4)(A), because the Court denied the Motion to Dismiss in part, the Foundation's responsive pleading to the surviving counts is due within fourteen (14) days after notice of the Court's action—that is, July 8, 2026.

5. On June 24, 2026, Plaintiffs refiled the D.C.-law claims against the Foundation in the Superior Court of the District of Columbia, Case No. 2026-CAB-004346.

6. On June 25, 2026, the Foundation filed its own action against the NRA in the U.S. District Court for the Eastern District of Virginia, Case No. 1:26-cv-01823.

7. The Foundation is simultaneously preparing responsive pleadings and other filings across these three proceedings, including its Answer in this matter. The requested extension will allow the Foundation adequate time to prepare and file a considered Answer to the surviving counts of the Amended Complaint while managing the demands of the parallel litigation.

8. Good cause supports the requested extension. The extension is sought in good faith and not for purposes of delay, and it will not prejudice any party or affect any other deadline in this case, as no scheduling order has yet been entered.

9. The Foundation previously moved on consent for an extension of time to file its initial responsive pleading.

2

10. Pursuant to Local Civil Rule 7(m), undersigned counsel conferred with counsel for Plaintiffs, and Plaintiffs consent to the relief requested in this motion.

## CONCLUSION

For the foregoing reasons, the Foundation respectfully requests that the Court grant this Consent Motion and extend the deadline for the Foundation to file its Answer to the surviving counts of the Amended Complaint up to and including July 22, 2026. A proposed order is attached.

Dated: July 2, 2026

Respectfully submitted,

**DLA PIPER LLP**

 */s/ Mary E. Gately*
Mary E. Gately (D.C. Bar No. 419151)
500 Eighth Street NW
Washington, DC 20004
Tel: (202) 799-4507
Fax: (202) 799-5507
mary.gately@dlapiper.com

Christopher Oprison (D.C. Bar No. 489087)
200 S. Biscayne Blvd., Suite 2500
Miami, FL 33131
Tel: (305) 423-8522
Fax: (305) 657-6366
chris.oprison@dlapiper.com

Meagan D. Self (admitted *pro hac vice*)
1900 N. Pearl Street, Suite 2200
Dallas, Texas 75201
Tel: (214) 743-4556
Fax: (972) 813-6254
meagan.self@dlapiper.com

Marie Bussey-Garza
1650 Market Street
One Liberty Place, Suite 5000
Philadelphia, PA 19103
Tel: (215) 656-3300
Fax: (215) 656-3301
marie.bussey-garza@dlapiper.com

3

*Attorneys for Defendant The NRA Foundation, Inc.*

5

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 2, 2026, I caused the foregoing to be electronically filed using the Court's CM/ECF system, which will send notification of such filing to all current counsel of record.

*/s/ Mary E. Gately*
Mary E. Gately