AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | | |
|---|---|---|
| National Rifle Association of America | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:26-cv-00015 (SLS) |
| The NRA Foundation, Inc. sued as NRA Foundation Inc | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant, The NRA Foundation, Inc., sued as NRA Foundation, Inc.                              .

Date:    07/24/2026

/s/ Jane W. Wise
*Attorney's signature*

Jane W. Wise; D.C. Bar # 1027769
*Printed name and bar number*

500 Eighth Street NW
Washington, DC 20004

*Address*

jane.wise@dlapiper.com
*E-mail address*

(202) 799-4149
*Telephone number*

(202) 863-7849
*FAX number*

| **Print** | **Save As...** | **Reset** |
|---|---|---|