## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

NATIONAL RIFLE
ASSOCIATION OF AMERICA, INC.,
WILLIAM BACHENBERG,
and DOUGLAS HAMLIN,

       Plaintiffs,

v.

THE 1791 FOUNDATION, INC. F/K/A
THE NRA FOUNDATION, INC.,

       Defendant.

**Case No.: 1:26-cv-00015 (SLS)**

**PLAINTIFFS NATIONAL RIFLE ASSOCIATION OF AMERICA'S,
WILLIAM BACHENBERG'S, AND DOUGLAS HAMLIN'S
MOTION TO DISMISS DEFENDANT'S COUNTERCLAIMS**

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), Plaintiffs National Rifle Association of America, Inc. ("NRA"), William Bachenberg, and Douglas Hamlin, (collectively "Plaintiffs"), by and through their attorneys, hereby move to dismiss Defendant's Counterclaims (Count I, Unfair Competition; Count II, Breach of Contract; and Count III, Breach of Contract (Alternate)), included in Defendant's Answer (ECF No. 35).

Plaintiffs submit a Memorandum of Points and Authorities in Support of Plaintiffs' Motion to Dismiss, attached hereto, and a Proposed Order, attached hereto.

August 13, 2026

Respectfully submitted,

*/s/ Andrew M. Grossman*
Andrew M. Grossman (D.C. Bar No. 985166)
Mark W. DeLaquil (D.C. Bar No. 493545)
Mark H. Tidman (D.C. Bar No. 441310)
**BAKER & HOSTETLER LLP**
1050 Connecticut Avenue, Suite 1100
Washington, D.C. 20036

1

Phone: 202.861.1500
Email: agrossman@bakerlaw.com

*Counsel for Plaintiffs NATIONAL RIFLE
ASSOCIATION OF AMERICA, WILLIAM
BACHENBERG, and DOUGLAS HAMLIN*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that that on August 13, 2026, I caused the foregoing to be electronically filed using the Court's CM/ECF system, which will send notification of such filing to all current counsel of record.

/s/ *Andrew M. Grossman*
Andrew M. Grossman