**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL RIFLE ASSOCIATION OF AMERICA, INC., WILLIAM BACHENBERG, and DOUGLAS HAMLIN, <br><br> Plaintiffs, <br><br> v. <br><br> THE 1791 FOUNDATION, INC. F/K/A THE NRA FOUNDATION, INC., <br><br> Defendant. | **Case No.: 1:26-cv-00015 (SLS)** |

## DECLARATION OF JOHN FRAZER

I, John Frazer, declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am the Secretary of the National Rifle Association of America, Inc. ("NRA"). I have personal knowledge of all matters stated below.

2. As Secretary of the NRA, I have knowledge of official actions and votes taken by the NRA's Board. This includes knowledge of actions taken by the Board.

3. Under the NRA Bylaws, the Secretary of the NRA also serves as secretary of the NRA Board's Executive Committee. Accordingly, I also have knowledge of official actions and votes taken by the Executive Committee.

4. Exhibit 1 is a true and correct copy of a Resolution that the Executive Committee of the NRA's Board adopted on August 10, 2026. The Board has, through provisions of the NRA Bylaws, generally authorized the Executive Committee to exercise the Board's power when the Board is not in session. The Board was not in session on August 10, 2026.

5. I declare under penalty of perjury that all the foregoing is true and correct.

1

August 11, 2026

_____
John Frazer

2