# EXHIBIT 1

**RESOLUTION**

WHEREAS, the National Rifle Association of America, Inc. ("NRA") is the owner of various trademarks, including the trademark "NRA," which was registered in the United States Patent and Trademark Office on September 12, 1950, and assigned registration number 530,558; and

WHEREAS, in a February 9, 1998 agreement, the NRA granted to the NRA Foundation, Inc. (since renamed "The 1791 Foundation, Inc."; hereafter, "the Foundation"), a non-exclusive and non-transferable limited license to use the "NRA" mark in certain specified circumstances; and

WHEREAS, the February 9, 1998 agreement provided that this license "may be terminated by the NRA at the discretion of the Board of Directors of the National Rifle Association of America";

WHEREAS, in a September 10, 2000 agreement, the NRA granted to the Foundation a non-exclusive and non-transferable limited license to use the NRA's "Friends of NRA" mark in certain specified circumstances;

WHEREAS, the NRA, through outside counsel, terminated both licenses on January 5, 2026, by providing notice to the Foundation that any and all licenses to use any NRA marks were terminated immediately;

WHEREAS, the Foundation contends that the January 5, 2026 termination was ineffective because it was not undertaken by the NRA's Board of Directors; and

WHEREAS, the NRA's Executive Committee has authority under the NRA Bylaws to "exercise all the powers of the Board of Directors when said Board is not in session," with certain exceptions not relevant here;

Therefore, it is

RESOLVED, that any and all actions of the NRA's officers, agents, and employees to terminate the February 9, 1998, and September 10, 2000 licenses are approved and ratified; and it is further

RESOLVED, that for the avoidance of doubt, the Executive Committee hereby terminates any and all licenses of the NRA's trademarks to the Foundation, including the aforementioned licenses; and it is finally

RESOLVED, that the officers of the NRA are authorized to take any action necessary to carry out the provisions of this resolution.