**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL RIFLE ASSOCIATION OF AMERICA, INC., WILLIAM BACHENBERG, and DOUGLAS HAMLIN,<br><br>      Plaintiffs,<br><br>v.<br><br>THE 1791 FOUNDATION, INC. F/K/A THE NRA FOUNDATION, INC.,<br><br>      Defendant. | **Case No.: 1:26-cv-00015 (SLS)** |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Motion to Dismiss Defendant's Counterclaims ("Motion"), Defendant's Opposition to the Motion ("Opposition"), and all replies thereto and oral argument, it is hereby **ORDERED** that the Motion is **GRANTED**.

It is further **ORDERED** that Defendant's Counterclaims Count I, Count II, and Count III be **DISMISSED** without prejudice for lack of subject matter jurisdiction under Fed. R. Civ. P. 12(b)(1); or, alternatively, it is further **ORDERED** that Defendant's Counterclaims Count I, Count II, and Count III be **DISMISSED** with prejudice for failure to state a claim under Fed. R. Civ. P. 12(b)(6).

**SO ORDERED**.

**Dated**: _____

                                    **BY THE COURT**:

                                    _____

                                    Judge Sparkle L. Sooknanan
                                    United States District Judge