**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

NATIONAL RIFLE ASSOCIATION OF AMERICA, INC., WILLIAM BACHENBERG and DOUGLAS HAMLIN

*Plaintiffs*

vs.

THE 1791 FOUNDATION, INC. F/K/A THE NRA FOUNDATION, INC.,

Civil Action No. 1:26-cv-00015 (SLS)

**MOTION FOR ADMISSION PRO HAC VICE OF PATRICK LEWIS**

Pursuant to Local Civil Rule 83.2(d), I, Mark W. DeLaquil, counsel for Plaintiffs, respectfully move for admission of Patrick Lewis to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for the NRA. I am a member in good standing of the bar of the District of Columbia, and I have entered my appearance in the above-captioned matter. Attached hereto is a supporting declaration from Patrick Lewis, along with a proposed order and the required $100 fee.

DATED: August 19, 2026

Respectfully submitted,

Mark W. DeLaquil (DC Bar #493545)
BAKER & HOSTETLER LLP
mdelaquil@bakerlaw.com
1050 Connecticut Avenue, Suite 1100
Washington, D.C. 20036
Telephone: 202.861.1500
Facsimile: 202.861.1783

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I certify that on August 19, 2026, I cause the foregoing motion to be filed with the Clerk of the Court for the United States District Court for the District of Columbia by using the Court's CM/ECF system, which will send notification of such filing to all current counsel of record.

______________________________

Mark DeLaquil