**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| NATIONAL RIFLE ASSOCIATION OF AMERICA, INC., Plaintiff, | ) | |
| v. | ) | Civil Action No. 1:26-cv-00015 (SLS) |
| THE NRA FOUNDATION, INC., n/k/a THE 1791 FOUNDATION, INC., Defendant. | ) | |

**[PROPOSED] CASE MANAGEMENT ORDER**

Upon consideration of the Report of Planning Meeting and for good cause shown, it is this __________ day of ____________________, 2026, hereby

ORDERED, that the following case management deadlines are hereby set in this matter:

| *Event* | *Due by:* |
|---|---|
| Fact Discovery Opens | July 31, 2026 |
| Initial Disclosures | September 4, 2026 |
| Deadline to Amend Pleadings or Join Parties | September 29, 2026 |
| Fact Discovery Deadline | April 27, 2027 |
| Opening Expert Disclosures under Fed. R. Civ. P. 26(a)(2) | June 14, 2027 |
| Rebuttal Expert Disclosures under Fed. R. Civ. P. 26(a)(2) | August 13, 2027 |
| Expert Discovery Deadline | October 15, 2027 |
| Dispositive Motions Due | December 10, 2027 |
| Oppositions to Dispositive Motions Due | January 21, 2028 |
| Replies In Support of Dispositive Motions Due | February 11, 2028 |

It is further ORDERED that any discovery must be requested sufficiently before the close of discovery that the responding party's response comes due within the period. Therefore, for example, if the time to respond to a discovery request is 30 days under the applicable rule, the request must be served at least 31 days before the deadline.

It is further ORDERED that a Pretrial Conference will be set for ___________, 2028, at ___:_____ at ___________________________________________________________. The Court will endeavor to rule on any timely filed dispositive motions by January 3, 2028.

SO ORDERED.

________________________________
Honorable Sparkle L. Sooknanan
United States District Judge
U.S. District Court for the District of Columbia