**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL RIFLE ASSOCIATION OF AMERICA, INC.,<br><br>*Plaintiff*,<br><br>v.<br><br>THE 1791 FOUNDATION, INC. F/K/A THE NRA FOUNDATION, INC.,<br><br>*Defendant*. | Civil Action No. 1:26-cv-00015 (SLS) |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41, Defendant The 1791 Foundation, Inc., formerly known as The NRA Foundation, Inc. (the "Foundation"), by and through undersigned counsel, notices its voluntary dismissal of Count I: Unfair Competition, without prejudice. *See* ECF 32 at 40–42.

Rule 41(c) provides that a counterclaimant may voluntarily dismiss a counterclaim before the opposing party serves a responsive pleading. Plaintiff National Rifle Association of America, Inc., has not served a responsive pleading to the Foundation's Counterclaims. *See* ECF 32. Additionally, Counsel for the Foundation conferred with counsel for the National Rifle Association of America, Inc., and they have indicated that they consent to voluntary dismissal of Count I, without prejudice. The Foundation accordingly notices voluntary dismissal of Count I without prejudice.

Dated: September 11, 2026

Respectfully submitted,

**DLA PIPER LLP**

*/s/ Christopher Oprison*
Christopher Oprison (D.C. Bar No. 489087)
200 S. Biscayne Blvd., Suite 2500
Miami, FL 33131
Tel: (305) 423-8522
Fax: (305) 657-6366
chris.oprison@dlapiper.com

Mary E. Gately (D.C. Bar No. 419151)
Jane W. Wise (D.C. Bar No. 1027769)
500 Eighth Street NW
Washington, DC 20004
Tel: (202) 799-4507
Fax: (202) 799-5507
mary.gately@dlapiper.com
jane.wise@dlapiper.com

Meagan D. Self (admitted *pro hac vice*)
1900 N. Pearl Street, Suite 2200
Dallas, Texas 75201
Tel: (214) 743-4556
Fax: (972) 813-6254
meagan.self@dlapiper.com

Marie Bussey-Garza
1650 Market Street
One Liberty Place, Suite 5000
Philadelphia, PA 19103
Tel: (215) 656-3300
Fax: (215) 656-3301
marie.bussey-garza@dlapiper.com

*Attorneys for Defendant The 1791 Foundation, Inc., formerly known as The NRA Foundation, Inc.*

## <u>**CERTIFICATE OF CONFERENCE**</u>

I hereby certify that on or about September 10 and 11, 2026, I, counsel for The 1791 Foundation, Inc., formerly known as The NRA Foundation, Inc., conferred by email with counsel for the National Rifle Association of America, Inc., who consented to dismissal of Count I without prejudice.

<u>*/s/ Christopher Oprison*</u>
Christopher Oprison

**CERTIFICATE OF SERVICE**

I hereby certify that on September 11, 2026, I caused the foregoing to be electronically filed using the Court's CM/ECF system, which will send notification of such filing to all current counsel of record.

*/s/ Christopher Oprison*
Christopher Oprison